# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CROSSPOINT CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS, in their official capacities as Commissioners of the Maine Human Rights Commission.<br><br>Defendants. | Civil Action No. _____ |

## **CORPORATE DISCLOSURE STATEMENT**

Plaintiff Crosspoint Church discloses that it is a non-governmental entity in which no other parent entity or person has a greater than 10% ownership.

| | |
|---|---|
| Dated: March 27, 2023 | Respectfully submitted, |
| Jeffrey C. Mateer*<br>David J. Hacker*<br>Lea E. Patterson*<br>Keisha T. Russell*<br>Courtney A. Jones*<br>First Liberty Institute<br>2001 W Plano Parkway, Suite 1600<br>Plano, Texas 75075<br>(972) 941-4444<br>lepatterson@firstliberty.org<br><br>(Certificates for admission *pro hac vice* pending) | *s/Patrick Strawbridge*<br>Patrick Strawbridge (Bar No. 10024)<br>Consovoy McCarthy PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>(617) 227-0548<br>patrick@consovoymccarthy.com<br><br>Tiffany H. Bates*<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd.<br>Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tiffany@consovoymccarthy.com |