# UNITED STATES DISTRICT COURT
## District of Maine

Crosspoint Church )
                    Plaintiff(s),     )
       vs.                            )       Case No. 1:23-cv-00146-JAW
                                      )
A. Pender Makin, et al.               )
                    Defendant(s).     )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Tiffany H. Bates

2. State bar membership number(s): Virginia, Bar No. 94166

3. Firm name, address and telephone number:
   Consovoy McCarthy PLLC, 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209
   (703) 243-9423

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   Virginia Bar, Virginia Supreme Court, U.S. Court of Appeals for the Second, Fifth, Eleventh, and D.C. Circuits,
   U.S. District Court for the Western District of Michigan and the Western District of North Carolina

5. Name, address and telephone number of associated local counsel:
   Patrick Strawbridge, Consovoy McCarthy PLLC, Ten Post Office Square, 8th Floor South PMB #706  Boston, MA 02109
   (703) 243-9423

6. Party name(s) entering appearance for:
   Crosspoint Church

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?     ☐ Yes  ☑ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?     ☐ Yes  ☑ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?     ☑ Yes  ☐ No

Dated: 03/27/2023

/s/ Patrick Strawbridge
Signature of Local Counsel

Dated: 03/24/2023

/s/ Tiffany H. Bates
Signature of Applicant