**UNITED STATES DISTRICT COURT**
**District of Maine**

Crosspoint Church )
_____ )
                Plaintiff(s), )
        vs. )
                                                )   Case No. 1:23-cv-00146-JAW
A. Pender Makin, in her official capacity as Commissioner of the )          _____
Maine Department of Education, and Jefferson Ashby, Edward )
David, Julie Ann O'Brien, Mark Walker, and Thomas Douglas, in )
their official capacities as Commissioners of the Maine Human )
Rights Commission, )
                Defendant(s). )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Courtney A. Jones
_____

2. State bar membership number(s): TX State Bar No: 24124067
_____

3. Firm name, address and telephone number:
First Liberty Institute, 2001 W. Plano Pkwy, Ste., 1600 Plano, TX 75075
(972)-941-4444

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
United States District Court for the Western District of Michigan
_____

5. Name, address and telephone number of associated local counsel:
Patrick Strawbridge, Consovoy McCarthy PLLC, Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109
(703) 243-9423

6. Party name(s) entering appearance for:
Crosspoint Church
_____

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?                                                 ☐Yes ☑No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?                      ☐Yes ☑No
(You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?           ☑Yes ☐No

Dated: 03/27/2023                            s/Patrick Strawbridge
_____          _____
                                            Signature of Local Counsel

Dated: 03/24/2023                            /s/ Courtney A. Jones
_____          _____
                                            Signature of Applicant