IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CROSSPOINT CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS, in their official capacities as Commissioners of the Maine Human Rights Commission.<br><br>Defendants. | Civil Action No. 1:23-cv-00146-JAW |

## CONSENTED-TO MOTION TO MODIFY TIME TO RESPOND

1. On, March 27, 2023, Plaintiff filed a complaint (Dkt. 1) and motion for preliminary injunction (Dkt. 5) challenging the current statutory framework governing participation of religious schools in Maine's tuitioning program.

2. Undersigned counsel subsequently agreed to accept service of the summons and complaint on behalf of all defendants, service of which was completed on April 4.

3. After conferring with Plaintiff's counsel, Defendants now respectfully move this Court for an order adjusting the time as follows:

   a. Defendants shall respond to the complaint no later than May 12, 2023;

   b. Defendants shall respond to the motion for preliminary injunction no later than April 28, 2023. Plaintiff intends to file a reply in the time frame provided by the local rules.

4. Plaintiff consents to the relief sought in this motion.

Respectfully submitted,

*s/Christopher C. Taub*
Christopher C. Taub
Chief Deputy Attorney General
Office of the Attorney General
State House Station 6
Augusta, ME 04333
(207) 626-8800
Christopher.C.Taub@maine.gov

Dated: April 5, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 5th day of April, 2023, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

COURTNEY A. JONES
Email: cjones@firstliberty.org

DAVID J. HACKER
Email: dhacker@firstliberty.org

JEFFREY C. MATEER
Email: jmateer@firstliberty.org

KEISHA T. RUSSELL
Email: krussell@firstliberty.org

LEA PATTERSON
Email: lepatterson@firstliberty.org

PATRICK N. STRAWBRIDGE
Email: patrick@consovoymccarthy.com

TIFFANY H. BATES
Email: tiffany@consovoymccarthy.com

      /s/ Christopher C. Taub
      CHRISTOPHER C. TAUB
      Chief Deputy Attorney General
      Six State House Station
      Augusta, Maine  04333-0006
      Tel.  (207) 626-8800
      Fax (207) 287-3145