

# 131st MAINE LEGISLATURE

## FIRST SPECIAL SESSION-2023

| Legislative Document | No. 1833 |
|---|---|
| H.P. 1165 | House of Representatives, April 27, 2023 |

**An Act to Amend the Definition of "Educational Institution" Under the Maine Human Rights Act to Include Single-sex Educational Institutions**

(AFTER DEADLINE)

Approved for introduction by a majority of the Legislative Council pursuant to Joint Rule 205.

Reference to the Committee on Judiciary suggested and ordered printed.

*R(t B. Hunt*

ROBERT B. HUNT
Clerk

Presented by Representative MOONEN of Portland.

Printed on recycled paper

1  **Be it enacted by the People of the State of Maine as follows:**

2  **Sec. 1.  5 MRSA §4553, sub-§2-A,** as amended by PL 1995, c. 393, §4, is further
3  amended to read:

4  **2-A.  Educational institution.** "Educational institution" means any public school or
5  educational program, any public ~~post-secondary~~ <u>postsecondary</u> institution, any private
6  school or educational program approved for tuition purposes ~~if both male and female~~
7  ~~students are admitted~~ and the governing body of each such school or program.  ~~For purposes~~
8  ~~related to disability-related discrimination, "educational institution" also means any private~~
9  ~~school or educational program approved for tuition purposes.~~

10                                                    **SUMMARY**

11  This bill amends the definition of "educational institution" under the Maine Human
12  Rights Act to provide that single-sex public schools and educational programs, public
13  postsecondary institutions and private schools and educational programs and the governing
14  bodies of these schools and programs are subject to the Act.