## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CROSSPOINT CHURCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. PENDER MAKIN, in her official ) | |
| capacity as Commissioner of the Maine ) | |
| Department of Education, and ) | |
| JEFFERSON ASHBY, EDWARD ) | Civil Action No. 23-cv-00146-JAW |
| DAVID, JULIE ANN O'BRIEN, MARK ) | |
| WALKER, and THOMAS DOUGLAS, in ) | |
| their official capacities as Commissioners ) | |
| of the Maine Human Rights Commission. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

NOW COMES Sarah A. Forster, Assistant Attorney General, and enters her appearance

on behalf of the above-named defendants, A. Pender Makin, in her official capacity as

Commissioner of the Maine Department of Education, and Jefferson Ashby, Edward David, Julie

Ann O'Brien, Mark Walker, and Thomas Douglas, in their official capacities as Commissioners

of the Maine Human Rights Commission.

　　　　Respectfully submitted,

Dated: May 23, 2023                    /s/ Sarah A. Forster
                                       SARAH A. FORSTER
                                       Assistant Attorney General
                                       Office of the Attorney General
                                       6 State House Station
                                       Augusta, ME 04333-0006
                                       Tel. (207) 626-8830
                                       Sarah.Forster@maine.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2023, I electronically filed the above

document with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to all registered participants as identified in the CM/ECF electronic filing system for

this matter.


Dated: May 23, 2023                                    /s/ Sarah A. Forster
                                                       SARAH A. FORSTER
                                                       Assistant Attorney General
                                                       Office of the Attorney General
                                                       6 State House Station
                                                       Augusta, ME 04333-0006
                                                       Tel. (207) 626-8830
                                                       Sarah.Forster@maine.gov