

**AARON M. FREY**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

415 CONGRESS ST., STE. 301
PORTLAND, MAINE 04101
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

June 20, 2023

**Via E-Filing**

The Honorable John A. Woodcock, Jr.
United States District Court
   for the District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

      RE:    *Crosspoint Church v. Makin, et al.*
              Case No. 23-cv-00146-JAW

Dear Judge Woodcock:

      In their Opposition to Plaintiff's Motion for Preliminary Injunction, the defendants noted that a bill had been introduced in the Maine Legislature to remove the exclusion of single-sex schools from the Maine Human Rights Act's definition of "educational institution." *See* Opp. Br. (ECF No. 14), at 5 and Exhibit 1 thereto; *see also id*., at 14. I am writing to advise the Court that the bill was passed by both legislative chambers and, on June 15, 2023, was signed into law by the Governor. *See* Maine Pub. L. 2023, ch. 188, attached hereto as Exhibit A.

                                           Very truly yours,

                                           /s/ Christopher C. Taub
                                           Christopher C. Taub
                                           Chief Deputy Attorney General

cc:  All Counsel of Record (via ECF filing)