|  |  |
|---|---|
| APPROVED | CHAPTER |
| JUNE 15, 2023 | **188** |
| BY GOVERNOR | PUBLIC LAW |

# STATE OF MAINE

### IN THE YEAR OF OUR LORD

### TWO THOUSAND TWENTY-THREE

### H.P. 1165 - L.D. 1833

**An Act to Amend the Definition of "Educational Institution" Under the Maine Human Rights Act to Include Single-sex Educational Institutions**

**Be it enacted by the People of the State of Maine as follows:**

**Sec. 1. 5 MRSA §4553, sub-§2-A,** as amended by PL 1995, c. 393, §4, is further amended to read:

**2-A. Educational institution.** "Educational institution" means any public school or educational program, any public ~~post-secondary~~ postsecondary institution, any private school or educational program approved for tuition purposes ~~if both male and female students are admitted~~ and the governing body of each such school or program. ~~For purposes related to disability-related discrimination, "educational institution" also means any private school or educational program approved for tuition purposes.~~