

Ten Post Office Square
8th Floor South PMB #706
Boston, MA  02109
617.227.0548
www.consovoymccarthy.com

June 27, 2023

**VIA ELECTRONIC FILING**

The Honorable John A. Woodcock, Jr.
United States District Court for the District of Maine
Edward T. Gignoux Courthouse
156 Federal Street
Portland, ME 04101

      RE: *Crosspoint Church v. Makin*, et al., Case No. 23-cv-00146-JAW

Dear Judge Woodcock:

On June 20, 2023, Defendants provided this Court with notice of enactment of Maine Pub. L. 2023, ch. 188. Although this amendment removed one of the constitutional flaws with the existing statutory scheme, it does not resolve Plaintiff's other challenges. *See* Motion for Preliminary Injunction (Doc. 5) 7-10; 14-20; Reply Br. (Doc. 21) 7. This challenge remains ripe for review, *see Braidwood Mgmt., Inc. v. Equal Emp. Opportunity Comm'n*, No. 22-10145, 2023 WL 4073826, at *5-*13 (5th Cir. June 20, 2023), and Plaintiff will suffer irreparable harm absent an injunction.

                                            */s/ Patrick Strawbridge*
                                            Patrick Strawbridge (Bar No. 10024)
                                            Consovoy McCarthy PLLC
                                            Ten Post Office Square
                                            8th Floor South PMB #706
                                            Boston, MA 02109
                                            (703) 243-9423
                                            patrick@consovoymccarthy.com

cc:  ECF Recipients