# Exhibit 2

```
Test New Bangor Christian Schools - Year: 2024-2025 - Grade: 09
```

2024-25 PreK - 12 Enrollment Packet

# Enrollee Information

**Student Name:** Test (New) Bangor Christian Schools
**Street Address:** Required
**City:** Required
**State:**
**Country:** Required
**Zip:** Required
**Student Date of Birth:** 1/1/2001
**Student SSN/SIN:**
**Student Email Address:**
**Student Home Phone:** Required
**Student Cell Phone:**
**Local School District of Residence:**
**Local School:**
**District County:**
**District State:**
**Gender:** Required
**Student Ethnicity:** Required
**Student Race:** Required
**Student Citizenship:** Required
**Primary Language Spoken at Home:** Required
**Birth City:**
**Birth State:**
**Birth Country:**

# Religious Affiliation

**Religious Affiliation:** Required
**Current Church/Congregation:** Required
**Phone:**
**Street Address:**
**City:**
**State:**
**Zip:**
**Senior Pastor:**
**Local Church/Parish Member?** ○ Yes  ○ No **Required**

# Household

**Home Address**

**Street Address:** Required
**City:** Required
**State:**
**Zip:** Required
**Country:** Required
**Home Phone:** Required
**List Family in Directory?** Yes

**Military Connection?**
**Required**

---

**First Parent / Guardian**                                              **Second Parent / Guardian**
                                                                         (leave blank if not applicable)

**Last Name:** Required                                                  **Last Name:**
**First Name:** Required                                                 **First Name:**
**Please Remove From** No                                                **Please Remove From** No

Test New Bangor Christian Schools - Year: 2024-2025 - Grade: 09

| | |
|---|---|
| **Household?** | **Household?** |
| **Middle Name:** | **Middle Name:** |
| **Suffix:** | **Suffix:** |
| **Salutation:** Required | **Salutation:** |
| **Gender:** Required | **Gender:** |
| **Relationship to Enrollee:** Required | **Relationship to Enrollee:** |
| **Custodial Rights?** Required | **Custodial Rights?** |
| **Financial Responsibility?** Required | **Financial Responsibility?** |
| **Receive Correspondence?** Required | **Receive Correspondence?** |
| **Marital Status:** Required | **Marital Status:** |
| **Email Address 1:** | **Email Address 1:** |
| **Email Address 2:** | **Email Address 2:** |
| **Work Phone:** | **Work Phone:** |
| **Cell Phone:** Required | **Cell Phone:** |
| **Occupation:** | **Occupation:** |
| **Job Category:** | **Job Category:** |
| **Employer:** | **Employer:** |
| **Employer Address:** | **Employer Address:** |
| **Employer City:** | **Employer City:** |
| **Employer State:** | **Employer State:** |
| **Employer Zip:** | **Employer Zip:** |
| **Religious Affiliation:** | **Religious Affiliation:** |
| **Current Church/Congregation:** | **Current Church/Congregation:** |

---

| | |
|---|---|
| **Highest Level of Education:** | **Highest Level of Education:** |
| **Year:** | **Year:** |
| **School Name:** | **School Name:** |
| **Degree:** | **Degree:** |

# Grandparents

Will you give us as much grandparent information as possible so that we can include them in information about student activities?

 Yes   No

# Emergency Contacts and Authorized Pickup

**Emergency Contacts:** In addition to the parents, please list persons we may contact in the event of an emergency.

**Authorized Pickups:** In addition to the parents, please indicate persons authorized to pick up this student.

# Medical Information

| | |
|---|---|
| **Doctor:** | Required |
| **Phone:** | Required |
| **Address:** | |
| **Hospital:** | Required |

---

| | |
|---|---|
| **Dentist:** | |
| **Phone:** | |
| **Address:** | |

---

| | |
|---|---|
| **Company:** | Required |
| **Policy:** | Required |
| **Group:** | Required |

---

Test New Bangor Christian Schools - Year: 2024-2025 - Grade: 09

**Permission To Treat:** In case of an emergency or accident, I desire to be contacted. If I cannot be reached, permission is granted to Bangor Christian Schools' officials to care for my child according to the seriousness of the case. I would prefer my child be taken to the hospital designated, if at all possible.

○ Yes  ○ No **Required**

---

Medical/health conditions include Asthma, Diabetes, Heart Condition, Seizures, etc.

Does the student have any medical conditions?
○ Yes  ● No

---

Allergies include Insect Bites, Food, Medications, Seasonal, etc.

Does the student have any allergies?
○ Yes  ● No

---

**Is your child a returning student?**

○ *Yes*  ○ *No*
**Required**

Please upload your student's current immunization records or have your doctor's office fax them. (207-262-9528)

## Student Driver Authorization

Will this student drive a car to school?
○ Yes  ○ No

**Required**

## Media Release

**Bangor Christian Schools on occasion will advertise in newspapers, brochures, flyers, or posters to promote the school. Candid pictures (or videos) are taken of our students at various times throughout the year to show student life at the school, and sometimes we use the pictures (or videos) in our advertising. I give permission to use pictures (or videos) of my child for this purpose, if the need arises:**

○ *Yes*  ○ *No*
**Required**

☐ Check here for Parent/Guardian Signature     Name: **Required**     Date: **Required**

## Handbook Acknowledgement

We have read and understand the entire contents of the Student/Parent Handbook, and we are willing to abide by all of the principles stated therein. We understand that my child will be subject to dismissal from school for violation of the discipline code in regard to the use of drugs (including tobacco and alcohol), immorality, or for possession or distribution of pornography or lewd materials. We also understand that attendance at Bangor Christian Schools is a privilege and not a right. We understand that the school may request withdrawal at any time, if in the opinion of the school, my child does not fit into the spirit of the institution, regardless of whether he/she conforms to the specific rules and regulations. We understand any non-factual information submitted on this application may lead to dismissal of my child. It is our prayerful desire to contribute positively to the spirit of Bangor Christian Schools and to lead a life pleasing to the Lord.

☐ Check here for Parent/Guardian Signature     Name: **Required**     Date: **Required**


☐ Check here for Student Signature     Name: **Required**     Date: **Required**

## Colleges and Military Recruiters Release

```
Test New Bangor Christian Schools - Year: 2024-2025 - Grade: 09
```

The No Child Left Behind Act requires secondary schools to provide students' names, addresses, and telephone numbers to both military recruiters and institutions of higher education, upon request. Parents and legal guardians of students, however, have the right to request that the school not release such information without prior written parental consent.

**The purpose of this notice is to inform you of this law and to provide you the opportunity to request that information about your child NOT be released to either military recruiters or institutions of higher education.** To prevent the release of information, you must inform us. If you do not inform us otherwise, we will be required by federal law to disclose your child's name, address, and telephone number to military recruiters and institutions of higher education that request this information.

**I am the parent or legal guardian. Please DO NOT release my child's name, address, or telephone number to the following without my prior written consent (check one or both):**

☐ Check here for Parent/Guardian Signature      Name: **Required**     Date: **Required**

## FACTS Tuition

Payment method selection has not yet been made.

## Document Upload

Please submit the following documentation either directly to the school or by uploading here. If you will be uploading the document(s), you must upload prior to submitting the enrollment packet. You will be unable to come back and upload after the enrollment packet has been submitted.

**Birth Certificate, required for new students**

**Health Information and Immunization Record**

**Medication Permission Form, if applicable**

**Court/Custody Documents, if applicable**

## Electronic Signature Page

**Electronic Signature**

The electronic signatures below and their related fields are treated by Bangor Christian School like a physical handwritten signature on a paper form.

**Agreements**

My signature below affirms that all of the information contained in this enrollment packet is correct, complete, and honestly presented. I understand that withholding or misrepresenting information in this packet may jeopardize my child's enrollment.

☐ Check for electronic signature **Required**     Name: **Required**     Date: