Exhibit 3

# BANGOR CHRISTIAN SCHOOLS



## Student Handbook

*Revised 8/15/22*

# TABLE OF CONTENTS

QUICK LINKS ................................................................................................................... iv
INTRODUCTION .............................................................................................................. 1
   HISTORY OF BANGOR CHRISTIAN SCHOOLS ...................................................... 1
   MISSION AND VISION ................................................................................................ 1
   FACILITIES ................................................................................................................. 1
   SCHOOL COLORS, MASCOT AND SONG ............................................................... 2
STATEMENT OF FAITH .................................................................................................. 3
   DOCTRINE ................................................................................................................. 3
   CULTURAL ISSUES ................................................................................................... 4
OBJECTIVES IN EDUCATION ........................................................................................ 6
ADMISSIONS ................................................................................................................... 7
FINANCIAL INFORMATION ............................................................................................ 9
   REGISTRATION ......................................................................................................... 9
   TUITION ..................................................................................................................... 9
   FAMILY PLAN ............................................................................................................ 9
   FINANCIAL AID .......................................................................................................... 9
ACADEMICS .................................................................................................................. 10
   CURRICULA ............................................................................................................. 10
      PRE-KINDERGARTEN & KINDERGARTEN ....................................................... 10
      ELEMENTARY ...................................................................................................... 10
      MIDDLE SCHOOL ................................................................................................ 11
      HIGH SCHOOL ..................................................................................................... 11
   HOMEWORK ............................................................................................................ 13
   GRADING ................................................................................................................. 13
      REPORTING ......................................................................................................... 13
      GRADING SCALE ................................................................................................ 14
   GRADUATION – HIGH SCHOOL ............................................................................. 15
      REQUIREMENTS ................................................................................................. 15
      VALEDICTORIAN/SALUTATORIAN ................................................................... 16
   PROMOTION – ELEMENTARY/MIDDLE SCHOOL .................................................. 16
CONDUCT AND DISCIPLINE ........................................................................................ 17
   PURPOSE AND PHILOSOPHY OF DISCIPLINE ..................................................... 17
   CONDUCT ................................................................................................................ 17
   HARASSMENT ......................................................................................................... 17
   DISCIPLINARY PROCEDURES AND EXPECTATIONS ........................................... 17
      DISCIPLINE LEVELS .......................................................................................... 18
      ELEMENTARY SCHOOL ..................................................................................... 20
      MIDDLE SCHOOL ................................................................................................ 20
      HIGH SCHOOL ..................................................................................................... 20
      SUSPENSION / EXPULSION .............................................................................. 21

DRESS CODE ............................................................................................ 22
**basic guidelines for appropriate dress** ............................................................ 22
   **ACCEPTABLE** ........................................................................................ 23
   **NOT ACCEPTABLE** ................................................................................ 23
Ladies ...................................................................................................... 23
Gentlemen ................................................................................................ 23
  CHEATING/PLAGIARISM ............................................................................ 24
  CLASSROOM BEHAVIOR ............................................................................ 24
  HALLWAY BEHAVIOR ................................................................................ 24
  LOITERING AND OFF LIMIT AREAS ............................................................ 24
  PROHIBITED ARTICLES ............................................................................ 25
  WITHDRAWAL AND DISMISSAL .................................................................. 25
GENERAL POLICIES AND PROCEDURES .......................................................... 25
  ACADEMIC .............................................................................................. 25
    PARENT - TEACHER CONFERENCES ........................................................ 25
    ATTENDANCE ........................................................................................ 26
    MAKE-UP WORK .................................................................................... 27
    TEXTBOOKS .......................................................................................... 27
  ADMINISTRATIVE .................................................................................... 27
    FERPA LAWS ........................................................................................ 27
    STAFF CONDUCT WITH STUDENTS…………………………………………………28
    SCHOOL DAY ........................................................................................ 28
    TARDINESS ........................................................................................... 29
    EARLY DISMISSAL DAYS ........................................................................ 30
    EARLY/LATE SUPERVISION .................................................................... 30
    LEAVING EARLY ..................................................................................... 30
    INCLEMENT WEATHER - SCHOOL CLOSING .............................................. 30
    COMMUNICATION ................................................................................... 30
    PHILOSOPHY OF FUNDRAISING .............................................................. 31
    SOLICITATION ....................................................................................... 31
    CELL PHONE POLICY ............................................................................. 32
    OFFICE TELEPHONE .............................................................................. 32
    VISITS TO THE SCHOOL ......................................................................... 32
    GUEST STUDENTS ................................................................................. 32
    GUEST SPEAKERS ................................................................................. 32
    PROMOTION .......................................................................................... 33
    SCHOOL SPONSORED EVENTS ............................................................... 33
  SOCIAL ................................................................................................... 33
    SOCIAL NETWORKING SITES .................................................................. 33
    MEDIA .................................................................................................. 33
    PUBLIC DANCES ................................................................................... 33
  HEALTH AND SAFETY .............................................................................. 33
    HEALTH SERVICE .................................................................................. 33

HEALTH SCREENINGS ................................................................................ 34
PRESCRIPTION MEDICATION .................................................................. 34
OVER THE COUNTER MEDICATION ...................................................... 34
STUDENT IMMUNIZATIONS ...................................................................... 34
ASBESTOS ...................................................................................................... 35
PEST CONTROL ............................................................................................ 35
EMERGENCY EVACUATION ..................................................................... 35
AUTOMOBILES AND STUDENT DRIVERS ........................................... 36
DROP OFF AND PICK UP ........................................................................... 36
PROGRAMS AND SERVICES ........................................................................ 35
RIGHTS OF CHILDREN AND PARENTS FOR CHILD CARE FACILITIES .................. 35
CHAPEL ............................................................................................................ 37
COMPUTER AND INTERNET USE ........................................................... 37
ATHLETICS ...................................................................................................... 39
FINE ARTS ....................................................................................................... 41
FIELD TRIPS AND CHAPERONES ........................................................... 41
GYMNASIUM .................................................................................................. 41
HOLDING AN OFFICE .................................................................................. 42
LOCKERS ......................................................................................................... 42
LOST ARTICLES ............................................................................................. 42
LUNCH .............................................................................................................. 42
CLOSING STATEMENT ...................................................................................... 42
STUDENT AND PARENT STATEMENT OF COOPERATION ................................. 43

# QUICK LINKS

To help you navigate this manual efficiently, the following links will take you to the sections that are most commonly used throughout the school year.  On the digital version of this manual, press CTRL and click the link to move directly to that section.

MISSION AND VISION

STATEMENT OF FAITH
      DOCTRINE
      CULTURAL ISSUES

OBJECTIVES IN EDUCATION

ADMISSIONS

TUITION

ACADEMICS
      PRE-KINDERGARTEN & KINDERGARTEN
      ELEMENTARY
      MIDDLE SCHOOL
      HIGH SCHOOL

CONDUCT AND DISCIPLINE
      DISCIPLINE LEVELS
      SUSPENSION / EXPULSION
      DRESS CODE

GENERAL POLICIES AND PROCEDURES
      ACADEMIC
      ADMINISTRATIVE
      CELL PHONE POLICY
      COMPUTER AND INTERNET USE

STUDENT AND PARENT STATEMENT OF COOPERATION

# INTRODUCTION

## HISTORY OF BANGOR CHRISTIAN SCHOOLS

Bangor Christian Schools was founded in 1970 as a ministry of Bangor Baptist Church.  The school is now into its fifth decade of training young men and women to serve the Lord.  At its inception, the school consisted of 85 students and three faculty members in a rented building on French Street.  The Lord's blessings are evidenced by its growth and stability over the years.

## MISSION AND VISION

The **mission** of Bangor Christian Schools is to assist families in educating the whole child by encouraging spiritual maturity and academic excellence in a supportive environment. Our final authority in all matters is the Word of God.

Our **vision** is to help students discover God's plan for their lives and to equip them to be successful on whatever path He is leading them.

## FACILITIES

Bangor Christian Schools is situated on a spacious 35 acre campus.  Four buildings provide the facilities needed for operating.

A.   The main church building contains the church sanctuary, pastoral offices, business offices, elementary classrooms, elementary office, a gymnasium, athletic director's office, locker rooms, music rooms, and cafeteria.
B.   The brick building contains the main office, Headmaster's office, Assistant Principal's office, four middle school classrooms, science lab, and the library.
C.   The high school building contains seven high school classrooms, a computer laboratory, and the Principal's office.
D.   The Trudy Wilson Thrive Center is used for chapel services and other middle and high school activities.

In addition to the gymnasium in the main church building, athletic grounds include a regulation soccer field, middle school soccer field, baseball field, softball field, middle school cross country course, and an elementary playground.

**BANGOR CHRISTIAN SCHOOLS IS A SMOKE FREE CAMPUS.**

## SCHOOL COLORS, MASCOT AND SONG

Colors: Red, White, and Blue

Mascot: Patriots

Song:

V is for victory, sing it out, tis a glorious word.

V is for victory, it is ours through Christ our Lord.

Some days may be dark and drear,

In Christ our way's all clear,

For we have Victory, Victory in Christ our Lord.

V-I-C-T-O-R-Y

V-I-C-T-O-R-Y

V-I-C-T-O-R-Y

Victory!

Victory!

Victory!

2

# STATEMENT OF FAITH

<u>DOCTRINE</u>

A.  We believe the Bible to be without error as recorded in the original manuscript. The Bible reveals God, the spiritual separation of man from God, the way of salvation, and how to have a personal relationship with God. (II Tim. 3:15-16; II Peter 1:20-21)

B.  We believe the one, true God reveals Himself in three distinct persons: God the Father, God the Son, and God the Holy Spirit. All three are co-eternal, co-powerful, and co-equal. (I John 5:7)

C.  We believe that Jesus Christ is the Son of God, born of the virgin Mary. He lived a life without sin and is our example. (I Peter 2:21-25)

D.  We believe salvation (a personal relationship with God) is by "grace," plus nothing and minus nothing. This salvation is found only by receiving Jesus Christ into your life. Salvation is by repentance and faith (truly being sorrowful for your sins, confessing that Jesus Christ died for your sins, and inviting Him into your life). (Eph.2:8-9; Titus 3:5-7)

E.  We believe in the visible and personal return of Jesus Christ. (I Thess. 4:16-17)

F.  We believe that those who receive Jesus Christ will go to Heaven and those who reject Him will be separated from the Lord forever. (Rev. 20:10-15)

## CULTURAL ISSUES

In recent years, certain biblical issues that are not necessarily "doctrinal" in nature have become the focus of litigation against Christians, churches, and Christian schools. This section serves to inform parents and students of Bangor Christian Schools about our position on such matters. These topics may or may not be explicitly taught in the classroom environment, but they are relevant to the Christian worldview that we promote.

*Love*
A.  We believe that we should demonstrate love for others, not only toward fellow believers, but also toward those who are not believers, those who oppose us, and those who engage in sinful actions. We are to deal with those who oppose us graciously, gently, patiently, and humbly. God forbids the stirring up of strife, the taking of revenge, or the threat or use of violence as a means of resolving personal conflict or obtaining personal justice. Although God commands us to abhor sinful actions, we are to love and pray for any person who engages in such actions. (Lev. 19:18; Matt. 5:44-48; Luke 6:31; John 13:34-35; Rom. 12:9-10; 17-21; 13:8-10; Phil. 2:2-4; 2 Tim. 2:24-26; Titus 3:2; I Peter 3:8-9; 1 John 3:17-18)

*Protection of Children*
B.  We believe that children are a heritage from the Lord and must be absolutely protected within the school from any form of abuse or molestation. The school has zero tolerance for any person, whether paid staff, volunteer, member, or visitor, who abuses or molests a child. (Ps. 127:3-5; Matt. 18:6; Matt. 19:14; Mark 10:14)

*Marriage and Sexuality*
C.  We believe that the term "marriage" has only one, legitimate meaning, and that is marriage sanctioned by God, which joins one man and one woman in a single, covenantal union, as delineated by Scripture. Whenever there is a conflict between this definition and any new legal standard for marriage, our statement of faith, doctrines and biblical positions will govern. (Gen. 2:24; Eph. 5:22-23; Mark 10:6-9; I Cor. 7:1-9)

We believe that God has commanded that no intimate sexual activity be engaged in outside of marriage as defined above. We believe that any other type of sexual activity, identity or expression that lies outside of this definition of marriage, including those that are becoming more accepted in the culture and the courts, are sinful perversions of and contradictory to God's natural design and purpose for sexual activity. (Gen. 2:24; Gen. 19:5; Lev. 18:1-30; Rom. 1: 26-29; 1 Cor. 5:1; 6:9-10; 1 Thess. 4:1-8; Heb. 13:4)

We believe that God designs each individual in his or her mother's womb (Psalm 139: 13,14). Therefore, each individual should cherish God's design because his deeds are perfect (Deut. 32:4). Any deviation from the sexual identity that God created will not be accepted.

*Family Relationships*

D.   We believe that men and women are spiritually equal in position before God but that God has ordained distinct and separate spiritual functions for men and women in the home and the church. The husband is to be the leader of the home, and men are to be the leaders (pastors and elders) of the church. (Gal. 3:28; Col. 3:18; 1 Tim. 2:8-15; 3:4-5, 12)

We believe that God has ordained the family as the foundational institution of human society. The husband is to love his wife as Christ loves the church. The wife is to submit herself to the Scriptural leadership of her husband as the church submits to the headship of Christ. Children are a wonderful gift and heritage from the Lord. Parents are responsible for teaching their children spiritual and moral values through consistent lifestyle example and appropriate training and discipline. Bangor Christian Schools seeks to support such teaching. (Gen. 1:26-28; Ex. 20:12; Deut. 6:4-9; Ps. 127:3-5; Prov. 19:18; 22:15; 23:13-14; Mk. 10:6-12; 1 Cor. 7:1-16; Eph. 5:21-33; 6:1-4; Col. 3:18-21; 1 Pet. 3:1-7)

*Divorce and Remarriage*

E.   We believe that God disapproves of and forbids divorce except on the grounds of adultery. (Mal. 2:14-17; Matt. 19:3-12; Mark 10:11-12; Rom. 7:1-3; I Tim. 3:2, 12; Titus 1:6; I Cor. 7:10-16)

*Abortion*

F.   We believe that human life begins at conception and that the unborn child is a living human being. Abortion is murder and constitutes the unjustified, unexcused taking of unborn human life. (Job 3:16; Ps. 51:5; 139:13-16; Isa. 44:24; 49:1, 5; Jer. 1:5; 20:15-18; Luke 1:36, 44)

*Euthanasia*

G.   We believe that an act or omission which, of itself or by intention, facilitates premature death, is assuming a decision that is to be reserved for God. We do not believe that discontinuing medical procedures that are extraordinary or disproportionate to the expected outcome is euthanasia. (Ex. 20:13; 23:7; Matt. 5:21; Acts 17:28)

# OBJECTIVES IN EDUCATION

A.   To lead each unsaved student to trust Christ as his/her personal savior and then to follow Christ as Lord of his/her life.

B.   To instill in each student a love for God and a personal sense of responsibility to be all God wants him/her to be.

C.   To direct each student in the process of developing Christ-like character and actions.

D.   To instill in each student love and honor for home and parents.

E.   To prepare each student to be successful as measured by God's standards and not the world's.

F.   To prepare each student for the important position in life of spiritual leadership in school, home, church, community, state, nation, and the world.

G.   To develop within each student a sense of responsibility as a Christian citizen.

H.   To develop within each student a Christian world view and Christian philosophy of life.

I.   To develop within each student an appreciation and understanding of God's world and how to live productively in his environment.

J.   To provide each student opportunities for developing skills necessary for their future careers.

K.   To develop within each student a moral, ethical, and spiritual sense that will lead to an appreciation of his/her own personal worth to God and that of others.

L.   To teach each student to take responsibility for his/her actions and words and the choices he/she makes.

M.   To offer each student an instructional program that is centered in God's Word and meets his/her academic needs.

N.   To teach each student the thinking skills that will enable him/her to meet intellectual challenges.

O.   To motivate each student to master the tools of learning and communication.

P.   To provide each student opportunities to develop an understanding of and appreciation for the arts as well as contributing to them.

Q.   To offer opportunities to participate in wholesome forms of recreation and social activities.

# ADMISSIONS

Bangor Christian Schools adheres to and supports the historical truth claims and moral foundations of Christianity. As outlined above, this includes, but is not limited to, the biblical definition of marriage, sexuality and moral conduct, and the clear biblical teaching that gender is both sacred and established by God's design. Parents or the legal guardians, who choose to enroll their children at our school, are agreeing to support these and other basic biblical values derived from historical Christianity and the relevant Christian positions embraced by Crosspoint Church. Parents understand and agree that Bangor Christian Schools will teach these principles and biblical values.

Bangor Christian Schools does not discriminate in its practices against any person because of race, color, national or ethnic origin, gender, age, or disability.

Bangor Christian Schools will consider admission for students from any family who, despite their religious background or beliefs, is willing to support our philosophy of Christian education, student conduct requirements, and the above-stated positions and who is willing to allow their children to be educated and influenced in an intentionally Christian environment. Continued enrollment at Bangor Christian Schools is contingent upon this same understanding and support.

Parents who wish to enroll their children in Bangor Christian Schools for the first time are required to submit an application with the registration fee.  The full amount of the registration fee must accompany the application in order for it to be accepted for processing.  Parents who wish to re-enroll their children at Bangor Christian Schools need only fill out a re-enrollment form and submit it with the registration fee for a place to be reserved for the next school year.

Before being accepted as a student at Bangor Christian Schools, the student and his/her parent(s) will take part in an interview with an administrator. Students will be admitted based on the following criteria:

A.   The student has demonstrated the ability to profit from normal school instruction.
B.   The student has shown a behavior pattern reflecting a desire for an education and is in agreement with school policies.
C.   The parents express an understanding of the school's philosophy (including Statement of Faith and Objectives in Education) and are willing to have their children trained in accordance with this philosophy.

It may be necessary for a student to take an entrance exam to determine the appropriate grade status.  The decision to test a student will be made by the administration upon receipt of the student records and the student interview. All high school students are given a math placement test.
**All parents** are required to sign the Parent's Statement of Cooperation included in the online application.

7

**Students in grade 4 - 12** must sign the Student's Statement of Cooperation included in the online application.

**No student is admitted or allowed to remain in Bangor Christian Schools who does not agree and cooperate with the overall purpose and program of the school as set forth in this handbook.**

# FINANCIAL INFORMATION

<u>REGISTRATION</u>
Registration for the school year is in two parts.  In-house registration for students currently enrolled is during the month of March.  All other applications are received and processed beginning in April.

<u>TUITION</u>
One of these plans can be used for the payment of tuition.
   A.    Twelve monthly payments due each month—first payment due June 20th.
   B.    Ten monthly payments due each month—first payment due August 20th.
   C.    Two equal payments due at the beginning of each semester.
   D.    Four equal payments due at the beginning of each academic quarter.
   E.    One payment due at the beginning of the school year.

If a student is withdrawn from the school at any point before the completion of the school year, the family is only responsible to pay tuition for the numbers of days that the student attended Bangor Christian Schools.

<u>FAMILY PLAN</u>
In an effort to alleviate some of the strain put on large families by the tuition costs, Bangor Christian Schools offers the Family Plan to families that have three or more students enrolled in BCS at the same time: first and second student(s) – full tuition; third student – half tuition plus 5% book fee; fourth student – 5% book fee.  Tuition for students in grades 7 - 12 is counted first and then tuition for elementary students is considered.

<u>FINANCIAL AID</u>
- There is a limited amount of financial aid available to returning families who have registered their children at Bangor Christian Schools.  Financial aid applications can be downloaded from the website or in the main office. The applications should be returned to the main office by June 10. Financial aid is awarded to families based on need, without regard to race, sex, color, religion or national origin.

- Church member discounts and alumni discounts are available for families enrolling their children in Bangor Christian for the first time.

- The Azure Dillon Scholarship is available for rising seniors with financial need.

- The Bill Prest scholarship is available to Middle and High School students with at least an 85% academic average and a commendable behavior record. Parents fill out an application and the students must write an essay as described on the application. The student is required to have two letters of recommendation: one from a teacher, one from his/her pastor.

9

# ACADEMICS

<u>CURRICULA</u>

**PRE-KINDERGARTEN & KINDERGARTEN**
Both programs are designed to prepare the students spiritually, socially, and academically.  The pre-kindergarten program teaches children a well-rounded readiness program enriched by music, art, and physical activities within the classroom and in the community through various educationally enriching trips.  Bible stories and memory verses are taught in both programs. Music and PE are activities kindergarten students enjoy weekly. The kindergarten program is designed to develop beginning reading, writing, and thinking skills and includes and introduction to science and social studies through hands-on activities.

**ELEMENTARY**

*BIBLE*
Bible is graded as an academic subject.  The grade is based upon assessment of memorization of scripture, concepts of lessons, and participation in the class.

*READING*
Reading is the foundational course in the elementary grades and is based upon an approach which incorporates phonics and a variety of reading strategies designed to improve both fluency and comprehension.  Students are exposed to a variety of instructional texts and literature which support our Christian values.

*LANGUAGE ARTS*
The language arts curriculum includes grammar, spelling, penmanship, study skills, and the writing process.   Teachers integrate materials in each of the areas to promote students' development of effective communication skills.

*MATHEMATICS*
Our curriculum includes instruction in math concepts, computation, and problem solving, using hands-on lessons and providing practice to develop automaticity in math facts.

*SOCIAL STUDIES*
Patriotism is an integral part of the social studies curriculum in each grade. History and geography are taught from a Biblical perspective.  United States History is taught each year through Grade 4, Maine history is also a focus in grade four, and Old world history and geography are taught in grade five.

*SCIENCE*
Science is taught in all grades.  The materials used for instruction have been selected for their emphasis on creation.  Health is integrated into the science curriculum in all grade levels.

*PHYSICAL EDUCATION, ART, MUSIC, AND BAND*
Physical Education and music are offered weekly to students in kindergarten through grade 5. Weekly art instruction is offered to students in grades 1 to 5.  Private music lessons for voice or instrument are available on site for a fee.

ACCELERATED MATH CLASSES
If a child moves up a year in math because he/she has shown above average math skills, taking Algebra I in middle school, he/she will be required to take Geometry, Algebra II, and Pre-calculus at BCS. The reason that we allow students to move up is to allow them to take higher level math classes in high school. They can then choose to take another math either at BCS or as a Dual Enrollment class during their senior year.

**MIDDLE SCHOOL**
Middle school students continue a program of general studies initiated in the elementary grades. The required course of study, which should adequately prepare the student for the rigors of high school work, is as follows:

- Bible
- English/Literature
- Mathematics
- Science
- History/Geography
- Physical Education
- Computer and Advanced Computer
- Art (Elective)
- Band (Elective)
- Chorus (Elective)

**HIGH SCHOOL**
The primary academic emphasis at Bangor Christian Schools is college preparation.  Students' schedules are worked out by the administration to assure each student of completing satisfactory work for graduation.

Students planning to attend college should write to the college of their choice for information about the admission requirements.  Students are to plan their study program with the administrator to assure fulfillment of particular college entrance requirements.

All summer school and external credits must be approved in advance by the administration for any student.  Students are not allowed to take any external credits unless all core courses have been fulfilled.

High School students may participate in the <u>Honors Diploma program</u> if they maintain at least a 90% in all subjects. All subjects may be taken as honors levels courses. These courses require extra work. Honors Diploma students must participate in service projects and attend outside seminars. They also must complete a senior capstone project.

COURSE OPTIONS

- Bible
- Language Arts
  - English
  - Grammar/World Literature
  - American Literature
  - Language and Composition
  - Advanced Placement Language and Composition
  - British Literature
  - Speech
- Mathematics
  - Pre-Algebra
  - Algebra I
  - Algebra II
  - Geometry
  - Pre-Calculus
  - Advanced Placement Calculus
  - Advanced Placement Statistics
  - Consumer Math
- Foreign Language
  - Spanish I
  - Spanish II
  - Spanish III

- Physical Education
- Science
  - Health
  - Physical Science
  - Biology
  - Chemistry
  - Physics
  - Anatomy & Physiology
- History
  - World History/Geography
  - Government
  - U.S. History
  - Economics/Current Events
- Computer
  - Keyboarding/Microsoft Office
  - Advanced Computer
- Music
  - Chorus
  - Band
  - Private lessons available
  - Music Theory
  - Ensemble
- Art

*HIGH SCHOOL CREDITS*

Students in grades 9 - 12 earn credits toward graduation based on the following criteria:

A. Each course which meets five days per week for a full period each day will earn 1 credit per year.

B. Classes that meet at least two times per week for a full period each day will earn a ½ credit per year.

C.  Credits are computed on the basis of the final grade for the year.

D.  **At least five academic subjects must be taken <u>each</u> year for four years.**  The exception to this will be for students taking vocational courses at another location.

E.  BCS has a two week drop/add period at the beginning of each school year in which no indication will be made on their transcript if a course is dropped.  Any student who withdraws from a course will receive a WP (withdrew passing) if the course is dropped while the student is receiving a passing grade.  If a student withdraws from a course after the specified drop/add period and is failing the course, a WF (withdrew failing) will be entered onto the transcript.

<u>HOMEWORK</u>

Homework is a part of Bangor Christian Schools' academic emphasis.  Homework is given by classroom teachers for specific purposes including:

A.  For practice - following classroom explanation, illustration, and drills on new work.  It is given so that the material will be learned.

B.  For drill - drills help the student master and retain material that has already been presented in class.

C.  For remedial activity - homework is sometimes given to help a student improve weak areas within his grasp of the subject matter.

D.  For special projects - book reports, compositions, research assignments, and projects enable the student to apply the materials learned.

Each student is expected to complete the assigned homework.  Partial credit (or no credit) may be given for any assignment which is incomplete or not completed on time.

Because many of our families attend churches that have Wednesday night services, **Bangor Christian Schools does not assign homework on Wednesday nights**. In the high school grades, students may be assigned one test on Thursdays, but they will be given advance notice to minimize study required on Wednesday nights.

<u>GRADING</u>

**REPORTING**

The purpose of the reporting system is to give parents and students an accurate indication of the progress, or lack of progress, being made.  Grades are available to the parents and the students

through an online program.  Grading quarters are listed on the school calendar.  Final report cards are mailed home after the completion of the school year.

Student records are collected and maintained to promote the instruction, guidance, and educational progress of each student, and for legitimate educational research.  Parents have the right to inspect and review any and all official records, files, and data directly related to their own children.  Also, parents are allowed to make copies of materials contained in their child's records at their own expense.  A complete statement of policy pertaining to the Family Educational Rights and Privacy Act is available in the main office.


**GRADING SCALE**

*PRE-KINDERGARTEN – 2nd Grade*
Students in 4-year-old kindergarten through grade 2 receive progress reports with a letter code to indicate the standing in academic areas as well as behavior and work habits.

| | |
|---|---|
| O | Outstanding |
| VG | Very Good |
| G | Good |
| S | Satisfactory |
| SI | Still Improving |
| NI | Needs Improvement |
| NA | Not Applicable |
| BE | Below Grade Level |
| AT | At Grade Level |
| AB | Above Grade Level |


*ELEMENTARY AND SECONDARY*

| | |
|---|---|
| A | 93 – 100 |
| B | 85 – 92 |
| C | 75 – 84 |
| D | 70 – 74 |
| F | 0 – 69 |
| I | Incomplete |


*HONOR ROLL*
Each nine week grading period Bangor Christian Schools publishes an Honor Roll of students whose academic work is outstanding or commendable.  All **elementary and secondary students** qualify for honor roll if their overall average is 85 or better, and they have no incomplete or failing grades at the time of the computation of the honor roll.  **Secondary students** with an A average (93 - 100) will be given High Honors.  Students with a B average (85 - 92) will receive Honors.

14

<u>GRADUATION – HIGH SCHOOL</u>

**REQUIREMENTS**

To graduate from Bangor Christian Schools, a student must demonstrate the ability to function in a manner that is in agreement with the philosophy of BCS.  Students must earn a minimum of 20 credits to graduate.  Seniors are not permitted to march in the commencement exercises if they lack more than one credit for graduation.  Arrangements have to be made to earn the one credit in an approved summer program before the student may march.  Bangor Christian Schools is not responsible for the inconvenience caused by a senior's failing courses during the last days of school.

The specific minimums in certain subject areas are as follows:

| | | |
|---|---|---|
| Bible | 4 | credits (or 1 credit for each year at BCS) |
| Language Arts | 4 | credits |
| Mathematics | 3 | credits* |
| Science | 3 | credits* |
| Social Studies | 3 | credits |
| Computer | 1 | credit |
| Phys. Education | 1 | credit |
| Health | ½ | credit (beginning with Class of 2010) |
| Foreign Language** | | |

*It is highly recommended that students planning to attend college take either 4 math credits or 4 science credits or 4 credits of both math and science.

**BCS highly recommends that students who plan on attending a four year college take two years of a foreign language.

Bangor Christian Schools' administration at times approves an early graduation after three years of high school.  To qualify for early graduation, a student must receive administrative approval prior to the third year of high school, earn a minimum of 22.5 credits and meet the following requirements:

| | | |
|---|---|---|
| Foreign Language | 2 | credits (same language) |
| Mathematics or Science | 1 | credit (additional) |
| Bible | 1 | credit (additional) |

**VALEDICTORIAN/SALUTATORIAN**

The valedictorian is the senior that has the highest grade average in the class at the end of the third quarter of his senior year.  The salutatorian is the senior that has the second highest grade average in the class at the end of the third quarter of his senior year.  Ranking of the seniors is based on all four years of full credit courses in high school.  To qualify to be valedictorian or salutatorian a student **must have attended four semesters at BCS**, and have taken courses that are comparable to the courses of a college preparatory program.  All courses completed outside of BCS are to be reviewed and approved by the administration.

## PROMOTION – ELEMENTARY/MIDDLE SCHOOL

Promotion or retention of students in the elementary and middle school will be based upon achievement as measured by the teacher and standardized tests.  Students will be promoted when they have demonstrated the capability to profitably learn at the next grade level.

## SPECIAL NEEDS STUDENTS

Bangor Christian Schools does not have a special education department. However, we do accept students with I.E.P.'s and 504 plans when we can meet their needs through accommodations and limited specialized instruction. The principal and school counselor review student records, educational plans, and evaluations when meeting with the parents to determine if we can meet the student's needs. Our school partners with the Bangor School Department using the Child Find process to determine if a student should be evaluated. Students who qualify for I.E.P.'s in the public school system are provided with an I.S.P. (Individual Service Plan) at our school. Through this plan students receive specific services from the Bangor School Department based on our portion of the special education funding.

A student with a current I.S.P. will be provided with their individual plan's applicable programming and services, determined by the I.S.P. Team, by qualified special education and service personnel. The principal and school counselor will make sure that the accommodations listed in the I.S.P or 504 plan are followed by the student's regular education teacher(s).

# CONDUCT AND DISCIPLINE

## PURPOSE AND PHILOSOPHY OF DISCIPLINE

The purpose of discipline at Bangor Christian Schools is to guide students through Biblical correction and encouragement and to create a classroom and school environment in which learning can take place.  The result we seek through prayer, counseling, and consistent, loving correction, and discipline is a change in attitude, action, word, and thinking of students.  The behavior of students in the classroom and school is crucial because without an orderly atmosphere, very little teaching or learning can occur.  Discipline creates an atmosphere in which learning is optimal.

A well-disciplined life is an effective and productive life.  BCS has the student's best interest in mind and has a genuine concern for the development of Christian character within each student. Anytime a student or parent would like an explanation of a rule, he/she will find the teacher and/or administrator happy to sit down and go into the matter fully.

## CONDUCT

It is the conviction of the administration that positive communication promotes Christian growth and community.   Constructive suggestions made to the administration are always welcome. Students will be respectful to teachers, administration, staff, and fellow students at all times.

Some unacceptable behaviors at BCS include, but are not limited to inappropriate public displays of behavior, untruthfulness, cheating, direct disobedience, disrespect to teachers, horseplay, fighting, possession of lewd or indecent material, personal contact, profanity or vulgarity, vandalism, leaving campus without permission and truancy.

## HARASSMENT

Physical, verbal, or sexual harassment will not be tolerated at Bangor Christian Schools.  Any incidents of this nature should be referred immediately to an administrator.  No individual may physically harass or intimidate another individual by unwelcome touching, pushing, shoving, tripping, etc.  No individual may verbally harass or intimidate another individual by taunting, teasing, ridiculing, etc.  No individual may make sexual advances, request sexual favors, or engage in any other physical or verbal conduct of a sexual nature.  No individual may participate in the spreading of rumors of another individual's sexual activity.  Bangor Christian Schools considers harassment of any kind to be a very serious offense.  Depending on the nature of the offense – harassment could possibly lead to immediate suspension or expulsion.

## DISCIPLINARY PROCEDURES AND EXPECTATIONS

This section outlines the disciplinary procedures of the school.  Obviously, they are modified according to the severity of the offensive behavior and the age of the student.  The purpose of each action is to bring about a change of behavior and is not simply punitive in nature.  These actions are devised and applied to encourage acceptable conduct.  All procedures may not be appropriate to use with every student.  While they are listed below in an order of severity this does

not state nor imply that they will be used in this order. Certain behavior may require serious disciplinary action such as suspension or expulsion on the first offense.

BCS follows the Biblical values of Matthew 18. Teachers make every effort to counsel with students and encourage proper behavior before a detention is administered. Once a detention is given, parents will be notified when the student is to serve the detention. A record of detentions will be placed in the student's files. The detention system requires students who violate rules to remain in a detention hall *after school*. Parents will be notified of the student's assigned detention prior to the student serving the detention.

Classroom rules are also established by teachers, and teacher teams. These rules must be adhered to so that all students may receive the best education possible. We seek to encourage one another, help those who are struggling, pray for those in need, and to watch how we speak of each other.

If a problem with behavior or attitude persists, during some point in the procedures listed, the student may be placed on disciplinary probation. This means that the student's behavior is evaluated frequently by the faculty and administration. If the administration feels that these measures are not changing the student's behavior, the administration may suggest the parent withdraw the child before expulsion becomes necessary or possibly meet with a discipline committee for determination for expulsion.


**DISCIPLINE LEVELS**

Misconduct has been divided into three levels, depending on the severity of the incident. Level three is most severe. Students should avoid compromising situations, which might give the appearance of being involved in the following activities:

*Level 1 - Disobedience*
Any minor disturbances that interfere with classroom order and instruction. Any minor 1st time incident.

Incidents:
- Distracting other students from learning
- Not being prepared for class
- Chewing gum
- Minor dress code violation
- Cell phone use

Consequences:
- Conversation with teacher. Possible call to parents.

*Level 2 - Disobedience, Disrespect, or Defiance*
Any repetitive level one incident OR any activities and attitudes that show a lack of respect for authority.
Incidents:

- Repeated level one incidents
- Leaving classroom without permission
- Immodest clothing
- Talking back to teacher
- Teasing
- Horseplay
- Cheating

Consequences:

- Conversation with teacher.
- Teacher calls parents.
- Possible meeting with teacher and parents.
- 1 or 2 Detentions*.
- Conversation with administration.
- Possible administration call to parents.

*The detention system requires students who violate rules to remain in a detention hall *after school.*  Parents will be notified of the student's assigned detention prior to the student serving the detention.

*Level 3 – Repetitive Disobedience, Disrespect, or Defiance*
Any repetitive level two incident. Any physical or verbal abuse. Any activity dangerous to self or others.

Incidents:

- Repeated level two incidents
- Fighting
- Bullying (Verbal, Physical, or Electronic (internet or text))
- "Pantsing"
- Public displays of affection
- Profanity, Immorality, Stealing, Lying
- Smoking, Vaping, Drinking, Illegal drug use

Consequences:

- Administration calls parents.
- Meeting with administration.
- Suspension (Either in school or out of school to be determined by administration.)
- Possible expulsion.

19

**ELEMENTARY SCHOOL**

At the elementary level, most discipline is carried out by the classroom teachers.  If a student becomes a distraction or danger to himself or others, he/she will be sent to the elementary office for a time out. If the incident is of a physical nature, or if the student has had repeated trips to the elementary office, a member of the administrative team will be contacted to speak with the student. The parents will be contacted by both a member of the administrative team and the classroom teacher (when there is information that the teacher can better explain). The student will spend one or two recesses in one of the school offices.  If a student's behavior does not come under control, or if any aggressive physical contact takes place, the parent will be called and asked to pick up the student for the remainder of the day.

**MIDDLE SCHOOL**

Students may be asked to fill out a Level 2 Incident Report when their behavior merits it. If the student completes a report, the teacher will write a description of the incident, and parents will receive the report in the mail. Parents should sign and return the form to the assistant principal.

*DETENTION LIMITS*

These limits are subject to change due to the specific nature of each situation.

- 4 Detentions – Co-curricular - 2 Game Suspension
- 5 Detentions – Co-curricular - Off the Team for the Season
- 8 Detentions – In House Suspension
- 10 Detentions – Suspension from School
- 15 Detentions – Suspension - Meets with Discipline Committee
- 20 Detentions – Subject to Expulsion

**HIGH SCHOOL**

Students serve detentions with the administration when their behavior is out of line with expected conduct. Parents will be notified when a student is assigned a detention.

*DETENTION LIMITS:*

These limits are subject to change due to the specific nature of each situation.

- 3 Detentions – Co-curricular - 2 Game Suspension
- 4 Detentions – Co-curricular - Off the Team for the Season
- 8 Detentions – In House Suspension
- 10 Detentions – Suspension from School
- 15 Detentions – Suspension - Meets with Discipline Committee
- 20 Detentions – Subject to Expulsion

**SUSPENSION / EXPULSION**

The purpose of suspension is to impress upon the offending student and his/her peers with the seriousness of the offense and to show them in an unmistakable manner that similar conduct may result in permanent separation from the school.

A student who is under suspension may not enter the school buildings or grounds during regular school hours, unless it is an in-house suspension.  He/she cannot attend any school function while under suspension, i.e., athletics, drama, competitions, banquets, and/or other graduation activities, etc.  All missed class work or homework must be submitted on the day the student returns.  All tests and quizzes missed during the suspension will be taken on the first day back, even if this requires the student to remain after school for a period of time.

Behavior that is grossly in conflict with the purpose and spirit of the program of the school may result in expulsion, even on the first offense.  Any offense which leads to the suspension from extra-curricular activities may carry over probation status into the following semester.

The following offenses, either on or off Campus, may lead to immediate suspension and probable expulsion:

- Drinking of alcoholic beverages
- Immoral activities
- Use of illegal drugs
- Stealing
- Use of tobacco, including vaping
- Presenting oneself as a gender other than the one included on his or her birth certificate.

<u>DRESS CODE</u>

## **BASIC GUIDELINES FOR APPROPRIATE DRESS**

OVERALL GOALS

Following the principles described in I Timothy 4:12, I Corinthians 6:19-20, and Philippians 4:8, the dress code at BCS seeks to honor God, provide a positive atmosphere for learning, represent the school favorably in the general community, and to build character and wisdom in the selection of clothing that exhibits modesty, neatness, cleanliness, self-discipline, humility, moderation, and respect for others. Students will wear clothing traditionally associated with his or her sex assigned at birth.

REGULAR SCHOOL DAY DRESS CODE

| ACCEPTABLE | NOT ACCEPTABLE |
|---|---|
| Loose fitting dress style pants or capris. Neat and clean denim pants. Leggings worn only with a dress or skirt that comes to the top of the knee. | Skinny jeans; ripped torn or distressed jeans; yoga pants, leggings (unless worn under a knee length top or dress), and sweat pants/wind pants/flannel pants; shorts that do not come to the top of the knee |
| T-Shirts, sweatshirts/hoodies, sweaters, dress shirts, polo shirts, oxford shirts, tailored tops and turtlenecks. All clothing must be modest, covering shoulders, cleavage, waist/midriff and back. | Any attire with words or logos that would conflict with Christian values; ripped, torn, or dirty shirts of any kind; shirts that expose the midriff |
| Sleeveless dress shirts that cover to the edge of the shoulder | Tank tops; spaghetti strap shirts; muscle shirts; racerback tank tops; exercise shirts |
| Most footwear is allowed. Casual, dress shoes or clean sneakers and sandals, flip flops, rubber shoes, and slides | Slippers |
| Skirts or dresses that come to the top of the knee or longer when standing, including a student wearing leggings or a sheer over skirt. If the skirt is sheer, the underskirt must come at least to the top of the knee. If the dress is sleeveless, it needs to cover to the edge of the shoulder. | Short Skirts or dresses; spaghetti strap or tank dresses or dresses without straps |
| FOR ELEMENTARY ONLY (Through 5ᵗʰ grade): Girls may wear leggings underneath shirts or dresses if their shirt or dress is long enough to cover their bottom | |
| Tailored shorts, denim shorts or cargo shorts which come to the knee until Columbus Day in the fall and after spring break in April. | Shorts shorter than knee length |
| Hair: clean and neat in appearance, a natural hair color. Boys: Hair cut above the eyebrows, off the collar, and above the earlobe. Facial hair must be neatly trimmed. | Hair not neat in appearance or of unnatural color. Boys - Sideburns are not below the earlobe. |

| | |
|---|---|
| Girls: Jewelry that is worn by piercing must be worn only in the ear and not be in excess. | Excessive jewelry and piercing other than in the ear. Boys with piercings. No hats inside the buildings for girls or boys. |

### PHYSICAL EDUCATION (Grades 4-12) AND ATHLETIC PRACTICE DRESS CODE

| ACCEPTABLE | | NOT ACCEPTABLE |
|---|---|---|
| Shorts that come at least to the ends of the student's fingertips when the arms are at the side of the body; Sweatpants or wind pants; | | Compression pants or leggings do not count as shorts; yoga pants; tight fitting shorts or sweatpants; |
| T-shirts or sweatshirts; | | Shirts with logos or graphics that are in conflict with Christian values; Shirts that do not cover the midriff; |
| Sneakers | | Flip flops, street shoes; any non-athletic footwear; |

FORMAL FUNCTION DRESS CODE

**LADIES**
On special nights, such as Senior Banquet, we encourage our ladies to dress up as formally as desired, but our overriding standard is modesty.  Dresses should not be too short, too tight, or too revealing.  The front should not reveal cleavage and the back should not be below the shoulder blades.  No sheer midriffs are allowed.  Standard school dress length or longer for the dress or slit is required.

**GENTLEMEN**
We encourage dressing up as formally as desired; however, dress pants, dress shoes, dress shirts, and ties are required.

SPECIAL OCCASION DRESS CODE

For certain occasions such as sports awards, participants and non-participants should wear standard school dress.

Students will be required to be in dress code and will not be allowed to attend classes until they are able to comply.  A pattern of violating these principles will lead to consequences for the student.  Consequences will be determined by the administration.

## CHEATING/PLAGIARISM

Students who are caught cheating or plagiarizing will receive a zero for the assignment and up to two detentions for the first offense. Continued offenses will lead to progressively more serious consequences.

## CLASSROOM BEHAVIOR

Obedience to these basic classroom rules and other rules and procedures is essential to the maintenance of an orderly classroom.

A.  Students are to be in their classroom when the bell rings.
B.  Students are to remain in their seats during class unless instructed otherwise by the teacher.  Students are dismissed by the teacher, not the bell: they are to be courteous and attentive until the teacher dismisses them.
C.  Students are not to talk during class except when called upon by the teacher.  All students are to address adults as Mr./Mrs./Miss, never by their first name.  Out of respect for the administration and faculty, we ask parents to set the example when speaking to or about the school personnel when students are present.
D.  Students are to refrain from disturbing the class by disorderly conduct.
E.  Students are expected to be adequately provisioned for each class with pencil, pen, notebook, textbook and any other items required by the teacher.
F.  Chewing gum is not allowed.

## HALLWAY BEHAVIOR

A.  No running at any time.  Low, soft voices must be used.  No rough-housing allowed.
B.  Elementary students are to move in an orderly manner with their class.
C.  No secondary student is to be in the elementary building without a pass, except when attending a regularly scheduled class in that building.
D.  No student is to be in the hall or restroom during class periods without a pass.
E.  Students are to use their lockers and designated areas to store their belongings in a neat and orderly fashion.   All items must be in the locker before leaving for the day.  Students should not leave items on the floor in front of their lockers, or on top of their lockers when leaving for the day.

## LOITERING AND OFF LIMIT AREAS

Loitering anywhere on school property is not allowed.  Four minutes are allowed between classes, and students are expected to be on time for all classes and events.

**The following areas are considered off limits to all unsupervised students:**
- Motor vehicles.
- Teachers' personal belongings, desk, filing cabinets, books, etc.
- Any supply closet, book closet, etc.

- The church office area, the Thrive Student Center, Upstreet, and the sanctuary except for chapel or other special functions.
- All students must attend aftercare if remaining on campus after 3:00.

PROHIBITED ARTICLES
Tobacco, alcoholic beverages, any narcotics and pornography are prohibited at all times.  Knives, guns, matches, explosives of any kind, are also prohibited.  Laser pointers and any other electronic device that are potentially disruptive to the academic environment are prohibited from the school buildings.  Lunch boxes, book covers, book bags and other school items should always display good taste and bear designs appropriate for a Christian school.  Skateboards, scooters, roller skates, and rollerblades are not permitted on campus without administrative approval.  Lockers, back packs, gym bags, and all personal possessions are subject to inspection at any time if deemed necessary by the administration.

WITHDRAWAL AND DISMISSAL
Withdrawals from school must be made by the parent to the administration.  All tuition charges continue until the Business Office receives official notice that the student has been withdrawn.  Students who are withdrawn at the request of the administration or dismissed will not be considered for re-enrollment during the current school year.  Parents must meet with the principal before re-enrollment will be considered.  A waiting period of two semesters is generally required before re-enrollment is considered.

# GENERAL POLICIES AND PROCEDURES

ACADEMIC

**PARENT - TEACHER CONFERENCES**
Since the school is an extension of the home, Bangor Christian Schools recognizes the importance of the home and school working together for the benefit of the child.  Therefore, a scheduled time has been set aside for parents and school personnel to meet to discuss the needs of the student at the end of first quarter.  Unscheduled conferences may also be necessary throughout the year.

Reasons for teacher-requested conferences include deficient grades, repeated failure to do homework, learning difficulties, disciplinary problems, repeated tardiness and/or personal habits which may be endangering scholastic progress and/or the welfare of the student and others in the class.

If an administrative request for a conference with a parent is not honored, the school reserves the right to withdraw the student from classes until the request is honored.

Parents are urged to arrange all conferences in advance, as teachers' time is heavily scheduled.  To schedule a conference, contact the school office or email the teacher directly.

**ATTENDANCE**

Bangor Christian Schools is a privately run Christian school, and it holds its standards high. We try to adhere to Maine State Statutes regarding attendance. We are also held accountable for accreditation purposes to the New England Association of Schools and Colleges.

Bangor Christian Schools holds high expectations for students. Among them are honesty, excellent attendance, promptness, and responsibility. All members of the Bangor Christian Schools community are expected to act with honesty and integrity. We ask all members to be accountable for all that they say and all that they write. Facts should not be misrepresented when reporting absences or tardies.

*ABSENCES*

The faculty and administration of Bangor Christian Schools believe that regular classroom attendance is necessary for a successful learning experience and that responsibility for attendance rests with students and their families. State law mandates that school be in session for 175 days each year. We believe that a student should be in attendance over 90% of that time in order to earn academic credit. Missed class time cannot be duplicated through make-up work. A student is expected to be in school every day that school is in session unless legally excused. The school administration will determine legal absences according to Maine State Statutes.

Once a student has been absent from school unexcused for fifteen days, the principal will have a meeting with the student and his/her parents. The purpose for this meeting will be to review the school attendance policy and to see if there are any circumstances that would indicate if any of these absences might be considered legitimately excused. After the twentieth absence, the student and parents must meet with an attendance committee to review these absences. This committee will consist of the assistant principal and at least two members of the advisory board. Parents will be asked to provide documentation that should indicate if any of the twenty absences may be classified, under state law, as excused. Bangor Christian Schools reserves the right to retain at his/her current grade level any elementary or middle school student who accumulates more than twenty unexcused absences during a given school year. The school also reserves the right to withhold credit from any course in which a high school student has missed more than twenty classes.

Absence will only be excused for the following reasons:

1. Personal illness (if a student is ill for only a portion of the day, please do not send the student to school later that day).
2. An appointment with a health professional that must be made during the regular school day (note from health professional required).
3. Observance of a recognized religious holiday when the observance is required during the regular school day.
4. A family emergency.

5. A planned absence for a personal or educational purpose, <u>which has been pre-approved with the administration.</u> (**See Make-up policy**)

**NOTE:** If a student is going to be absent or dismissed from school for one of the above reasons, <u>a parent must call, complete the absentee form, or email the school between 7:30 and 8:15 a.m. on or before the day of the absence</u>. Any un-verified absence will be considered an un-excused absence.

*UNEXCUSED ABSENCES*

If a student misses school without prior approval of the parents and the administration, the absence is un-excused. <u>Students will receive zeros for the day for un-excused absences</u>.

**MAKE-UP WORK**

Students returning from an excused absence, such as illness, have the same number of days to turn in make-up work that they were absent. Students absent due to a pre-approved absence (family vacations, non-school sports trips, etc.) are responsible to obtain their work from their teachers ahead of time and hand in completed work when they return. **All missed class work or homework must be submitted on the day the student returns. All tests and quizzes missed during the absence will be taken on the first day back, even if this requires the student to remain after school for a period of time.**

Middle and High students should email their teachers to obtain missed assignments, or have a sibling collect them from the teachers directly for an excused absence.

**TEXTBOOKS**

Hard-covered textbooks and soft-covered textbooks, procured on a rental basis, remain the property of the school and must be covered throughout the year. Books that are the property of the school are to be well maintained by the student. Students are not to cover books with covers or stickers bearing suggestive designs or pictures relating to the drug culture, secular music, or any other unwholesome materials.

<u>ADMINISTRATIVE</u>

**FERPA LAWS**

The Family Educational Rights and Privacy Act grants parents the right to inspect or review their child's education records within a reasonable period of time, but in no case later than 45 days after they have made a request. If parents ask, the school must provide explanation and interpretations of the records. In addition, school units are required to provide annual notice to parents of their rights with regard to education records. These rights pass to students once they reach the age of 18.

**STAFF CONDUCT WITH STUDENTS**
The Bangor Christian Schools expects all staff members, including teachers, educational technicians, secretaries, nurses, custodians, maintenance, food services, coaches, counselors, administrators, and others, to maintain the highest professional, moral and ethical standards in their conduct with students. For the purposes of this policy, staff members also include school volunteers, student teachers, and substitutes.

The intent of this policy is to ensure that the interactions and relationships between staff members and students are based upon mutual respect and trust, that staff members understand the importance of maintaining appropriate professional boundaries between adults and students in an educational setting, and that staff members conduct themselves in a manner consistent with the educational mission of the school. It is understood that staff members may interact with and have friendships and/or extended family relationships with students' families outside of school. This policy is not intended to prohibit such interactions for families and friendships, provided that professional boundaries are maintained at all times.

**A. Prohibited Conduct**
Examples of unacceptable conduct by staff members that are expressly prohibited include but are not limited to the following:
- Any type of sexual or inappropriate physical contact with students or any other conduct that might be considered harassment under the School Committee's policy on harassment and sexual harassment of students;
- Singling out a particular student or students for personal attention and friendship beyond the normal teacher-student relationship;
- For non-guidance/counseling staff, encouraging students to confide their personal or family problems and/or relationships. If a student initiates such discussions, staff members are expected to be supportive but to refer the student to appropriate guidance/counseling staff for assistance.
- Sexual banter, allusions, jokes or innuendos with students;
- Asking a student to keep a secret;
- Disclosing personal, sexual, family, employment concerns, or other private matters to one or more students;
- Addressing students with terms of endearment, pet names or otherwise in an overly familiar manner;
- Permitting students to address you by your first name, nickname or otherwise in an overly familiar manner;
- "Friending" and/or "gaming" with students on social networking sites (outside of any school approved activity); and
- Communicating with students on non-school matters via computer, text message, phone calls, letters, notes or any other means.

Before engaging in the following activities, staff members are expected to review the activity with the administration, as appropriate:
- Being alone with individual students out of public view;
- Driving students home or to other locations without parental consent;
- Inviting or allowing students to visit the staff member's home (unless the student's parent approves of the activity, such as when a student babysits or performs chores for a staff member);

28

- Visiting a student at home or in another location, unless on official school business known to the parent;
- Exchanging personal gifts (beyond the customary student-teacher gifts); and/or
- Socializing or spending time with students (including but not limited to activities such as going out for meals or movies, shopping, traveling, and recreational activities) outside of school sponsored events or organized community activities.

Staff members are expected to be sensitive to the appearance of impropriety in their conduct with students. Staff members are encouraged to discuss issues with their administrator or supervisor when they are unsure whether particular conduct may constitute a violation of this policy.

### B. Reporting Violations
Students and/or their parents/guardians are strongly encouraged to notify the Principal if they believe a teacher or other staff member may be engaging in conduct that violates this policy. Staff members are required to promptly notify the Principal or Superintendent if they become aware of a situation that may constitute a violation of this policy.

### C. Disciplinary Action
Staff Violations of this policy shall result in disciplinary action up to and including dismissal. Violations involving sexual or other abuse will also result in referral to the Department of Health and Human Services, the District Attorney and/or law enforcement.

### SCHOOL DAY
The school day at Bangor Christian Schools begins at 7:50 a.m.  A warning bell will sound at 7:45 a.m. to indicate that students should be reporting to their homerooms.  The school day ends at 2:45 p.m.

### TARDINESS
Promptness is a quality all should strive to attain.  Tardiness is recorded as part of a student's permanent attendance record.  Colleges and prospective employers look closely at student's attendance and tardy records.  Because of this, we feel it is important to establish positive performance in this area.

School begins at 7:50 a.m.  Students are considered tardy to school if they arrive after 7:50 a.m.  Students must report directly to the office when arriving after 7:50 a.m.  Students will receive a tardy slip and then report to class.  Parents must either submit the online absentee form, send an email, call the office, or send in a signed note with their child when he/she is tardy.  If coming from a doctor's appointment, students must present a note from the doctor's office.  <u>Students are considered truant if they arrive at school after 8:15 a.m. without an excuse, and consequently will receive zeros for the classes that they miss.  Athletes will not be able to participate in a practice or an event for that day if they arrive at school after 8:15 a.m. unless they have a note from a doctor's appointment</u>. The administration, with input from the students and parents, will determine what is considered an excused or unexcused tardy based upon the Maine State Statutes.

<u>Middle or high school students will receive a detention for each set of three unexcused tardies in a quarter.</u>

**EARLY DISMISSAL DAYS**
Periodically during the school year, Bangor Christian Schools will have early dismissal days where the school day ends at 12:00 noon.  High school and middle school classes will run an abbreviated schedule for periods 1-7.  **Lunch will not be served, but there will still be an aftercare program.**

**EARLY/LATE SUPERVISION**
Teachers and staff will be on duty at 7:30 a.m. each school day.  Students are asked not to arrive before this time. An after school care program is offered from 3:00 to 5:15 pm at a reasonable fee.

All students who remain at school after 3:00 p.m. must remain under supervision in the after school program until their ride arrives to sign them out.  Students found on campus, not under adult supervision, after the required time will be given a verbal warning the first time. The second time the parent will be called. Following times will cause the student to be required to leave school grounds at 2:45 pm for one week. Parents will have to make other arrangements for their child during this week.

**LEAVING EARLY**
On the day that a student must leave school early, parent should complete the online absentee form or email or call the office <u>in advance</u> so that the teachers can be prepared.  Middle and high school students are to check out at the school office when leaving.  Parents of elementary students may pick up their children at the elementary office.  Students dismissing early are to turn in all homework and obtain all assignments before leaving.

Bangor Christian Schools operates on a "closed campus" principle.  This means that attendance at school is required from 7:50 a.m. until 2:45 p.m., regardless of the number of free periods a student may have.  High school seniors may leave campus before 2:45 p.m. if they have submitted a signed open campus form and they are passing all of their classes.

**INCLEMENT WEATHER - SCHOOL CLOSING**
During inclement weather, parents should first check our website and Facebook page for updates on school closings.  Announcements will also be made television (WABI, WLBZ, and WVII).  If we are open and conditions in your area are too severe to travel, please call the school to report the students for an excused absence.  We will not close school early except under extreme conditions.

**COMMUNICATION**
A variety of methods will be used to communicate with parents and students on an ongoing basis including: website announcements, emails, traditional mailings, and social media.  Daily announcements will be distributed to all classrooms each morning.

**PHILOSOPHY OF FUNDRAISING**

In an attempt to keep a quality Christian education affordable, Bangor Christian Schools must seek revenues beyond what is raised via tuition payments.   Although fundraising is often times seen as a controversial issue, it is a vital source of revenue to our school.  Because many of our families make great sacrifices to pay tuition, we make every effort to keep costs down.  At the same time, we are constantly expanding and improving our programs.  These fundraising events are one way that our students and families can serve our school community in assuring that a Bangor Christian experience is both valuable and affordable.  The Patriot Fund is Bangor Christian Schools' annual giving campaign.  Parents, family members, school employees, alumni and others are encouraged to participate in this effort to support the programs offered by our school.

The two most notable special interest groups that are involved in fundraising are the booster club and high school classes.  The booster club helps address our needs in the athletic program that are not met through the school-wide campaign.  These activities have included school lunch, memorabilia and merchandise auctions, and basketball program ads.  All fundraisers must be approved by the administration with a two week advance request.

Each high school class is permitted limited fundraising activity.  These revenues are reserved for their senior class trip, class gift, and graduation expenses.  Students are encouraged to engage in service oriented projects such as school dinners, car washes, dress-down days, etc.  Class fundraising is viewed as a privilege and not a right; therefore, classes are allowed to pursue class projects as long as they have responsibly participated in school-wide efforts. Each senior is required to contribute $600 toward the trip, either through fundraising or personal contributions.

**SOLICITATION**

Solicitation is not allowed at Bangor Christian Schools without the permission of the administration.  This includes the selling of tickets, candy, etc. and the distribution of political materials or product catalogues, the circulation of petitions or placing of posters.  In keeping with this policy, the telephone numbers and addresses of our students are not given out to anyone but school staff.  This information is used by school/church employees for conducting official business and providing related services to our school families.

There are times the school may be asked for a list of students from the military, colleges, or other organizations.  If you do not wish for your student's name to be released, you should sign the information release form provided by the school.  If you do not want your junior or senior to participate in ASVAB testing, you must let us know in advance.  Please notify the school office if you do not wish your student to participate.

**CELL PHONE POLICY**

Students are not allowed to use their cell phones during class time without teacher permission.  If a student is found using his phone or if the phone in any way disrupts the classroom, the cell phone will be confiscated and must be collected by the student from the office at the end of the day on the first offense and by a parent or guardian for any following offenses. Students may use their cell phones between classes. Middle school students must use the first ten minutes of their lunch time to eat, but may use their phones after that time. High school students may use their phones during lunch, but we encourage them to use this time to socialize with their peers. Students may use their phones to listen to music or for assignment related activities during study halls, with teacher permission.

**OFFICE TELEPHONE**

Students must remember that the telephone is a business phone and is not to be used for casual conversation.  Students are allowed to use the phones that are outside each school office with permission.  Talking on the phone is not a valid excuse for being late to class.  If a student needs to make a phone call during school hours, permission must be given by the office secretary. Incoming phone calls are not able to be transferred directly to teachers or students.  Please leave a message with the office staff and they will see that the message is delivered to the student or the teacher.

**VISITS TO THE SCHOOL**

Bangor Christian Schools welcomes parents and friends to visit during school hours.  Parents and visitors are required to check in at the school office and receive a visitor's pass before visiting any other area of the school campus.

**GUEST STUDENTS**

Bangor Christian Schools welcomes school age visitors for possible admission or transfer reasons only.  We ask that the following be observed:

A.   The student must obtain permission from the office <u>at least one day</u> in advance before bringing a visitor to school for the day.
B.   All BCS dress codes apply to the visitor.
C.   Guests are limited to a one-day visit to preserve the unity of the classes.  Exceptions may be made only with the permission of the principal.
D.   Guests are to remain with the host student as much as possible.
E.   The administration may determine that a guest may not be approved for admission to classes, either because of dress or attitude.  He or she may be asked to wait in the office until transportation home can be arranged.

**GUEST SPEAKERS**

No visitor or outsider may speak or perform in any program unless permission is secured from the administration in advance.  This includes guest speakers, lecturers in the classroom, and youth pastors leading a devotional with an individual or a group.

**PROMOTION**

No student or parent may use the name of the school on any radio or T.V. program or in any publication without the prior authorization from the school administration.

**SCHOOL SPONSORED EVENTS**

The school will not be held responsible for any party or social function that is not officially approved or sponsored by the school.

SOCIAL

**SOCIAL NETWORKING SITES**

Students will be held accountable for content posted on social networking websites if students post comments that are bullying to other students, that are disrespectful to teachers or administration, or are threatening to students or staff, or comments that suggest that the student is involved in prohibited behavior.

**MEDIA**

One purpose of the Christian school is to build into a young person the proper spiritual and academic direction for life. Bangor Christian Schools encourages students to select media choices (i.e. TV, music, movies) that promote the Christian values important to academic and spiritual growth.

**PUBLIC DANCES**

Bangor Christian Schools will not host an organized school dance, and although we do not encourage our students to attend public dances, such practice is not prohibited.  We feel this issue is best left to the discretion of the parents.

HEALTH AND SAFETY

**HEALTH SERVICE**

No student that is showing symptoms of illness, including running a fever, is allowed to remain at school. When contacted by the office about a sick child, parents are to make arrangements to pick the child up from school as soon as possible. Students must not return to school after having a fever, diarrhea, or vomiting until they have been symptom free for 24 hours without medication.

Students who are unable to participate at recess or in physical education classes are to bring a note from home.  For students to be excused from recess or physical education classes for more than three days, a signed doctor's excuse is required.

**HEALTH SCREENINGS**

The school nurse will provide direction and oversight for the vision and hearing screen program at Bangor Christian Schools.  Screenings will take place pursuant to Maine statutes.  A student, whose parent objects in writing to screening on religious grounds, will not be screened unless a sight or hearing defect is reasonably apparent.

**PRESCRIPTION MEDICATION**

The school, by law, is not allowed to prescribe or give medicine.  If a student must take medicine during the day, that medicine, along with written doctor's directions, is to be given to the office as soon as the student arrives at school. Note: Students requiring emergency inhalers or epi-pens must inform the school nurse before they can carry them on their person.

**OVER THE COUNTER MEDICATION**

Students are not allowed to carry any medication on their person or in their bags (other than pre-approved emergency inhalers or epi-pens). This includes cough drops, cold medication, allergy medication, acetaminophen, ibuprofen, and topical creams.  All over the counter medication must be turned into the office. Students will not be given any medication unless a parent or guardian has signed the medication permission form. If a student is found with any medications, the item will be confiscated and kept in the school office for a parent or guardian to retrieve.

**STUDENT IMMUNIZATIONS**

It is the family's responsibility to make sure that each child has received the appropriate immunizations.  A student will not be admitted to Bangor Christian Schools until the parent(s) completed the Student Health Information form provided in the admissions packet.  Maine State Law requires that all school children be protected against polio, diphtheria, pertussis, tetanus, measles, rubella, and varicella.  One dose of Meningococcal - MCV4 is required for children entering 7th grade. Any child entering 12th grade is required to receive two doses of MCV4. The first dose shall have been received on or after the 11th birthday, and the second dose shall have been received on or after the 16th birthday, at least eight weeks after the first dose. If the first dose is administered when the child is 16 years of age or older, only one dose is required.

As of September 2021, the state of Maine no longer allows religious or philosophical immunization exemptions. However, medical exemptions are still allowed as long as the parent or guardian of the student provides a statement from a licensed physician, nurse practitioner or physician assistant with the reason for the student's medical exemption. In accordance with MRS 20-A §6355, a student covered by an Individualized Education Plan on September I, 2021 who elected a philosophical or religious exemption from immunization requirements on or before September I, 2021 pursuant to the law in effect prior to that date may continue to attend school under that student's existing exemption as long as: A. The parent or guardian of the student provides a statement from a licensed physician, nurse practitioner or physician assistant that the physician, nurse practitioner or physician assistant has consulted with that parent or guardian and has made that parent or guardian aware of the risks and benefits associated with the choice to immunize; or B. If the student is 18 years of age or older, the student provides a statement from a licensed physician, nurse practitioner or physician assistant that the physician, nurse practitioner or physician assistant has consulted with that student and has made that student aware of the risks and benefits associated with the choice to immunize.

Parents may have their family physician fax immunizations records to the school at 207-262-9528.

## ASBESTOS

Our school has conducted an extensive asbestos survey of all of our buildings and a comprehensive management plan is maintained in the Operations Manager's office. This plan is available for review during normal business hours.

## PEST CONTROL

Because pesticides pose risks, the school uses an alternative approach to merely applying pesticides. Control of insects, rodents, and weeds at our school focuses on making the school buildings and grounds an unfavorable place for pests to live and breed. Through maintenance and cleaning, we will reduce or eliminate available food and water sources and hiding places for the pests. We will also routinely monitor the school area to detect pest problems and prevent the pests from becoming established. Some techniques we will use include pest monitoring, sanitation, pest exclusion, proper food storage, pest removal and – as a last resort – pesticides. This holistic approach is often called Integrated Pest Management (IPM).

Sometimes pesticide use may be necessary to control a pest problem. When that happens, the school will use the lowest risk products available. If higher risk pesticides must be used, notices will be posted at application sites and parents, guardians, and staff, have a right to know.

Parents, legal guardians, and school staff will be notified of specific pesticide applications made at the school. Notifications will be given at least two days before planned pesticide applications. Pesticide application notices will also be posted in school and on school grounds. Notification need not be given for pesticide applications recognized by law to pose little or no risk of exposure to children or staff.

This school also keeps records of prior pesticide applications and information about the pesticides used. You may review these records of prior pesticide applications and information about the pesticides used. You may review these records as well as a copy of the Pesticides in Schools regulation (CMR 01-026 Chapter 27) by contacting our Operation Manager's office at 947-6576.

For further information about pests, pesticides, and your right to know, call the board of Pesticides Control at 207-287-2731 or visit the Maine School IPM web site at www.thinkfirstpraylast.org/schoolipm.

## EMERGENCY EVACUATION

The route to follow for emergency evacuation is posted in each classroom. No talking will be allowed during the evacuation. Students are to go quickly to the designated areas, turn to face the buildings, and wait quietly for the signal to    reenter. Re-entry must be orderly. Students are to leave books and personal items in the school.

**AUTOMOBILES AND STUDENT DRIVERS**

Cars are not to be occupied during school hours.  As soon as students arrive at school, they must leave the car and go to their designated areas.  Students are not to go to their cars without permission from the office.

**DROP OFF AND PICK UP**

Your cooperation is requested to help us protect your child from injury associated with coming to and leaving from the school campus.  All drivers are to demonstrate courteous driving habits. Parents of students in grades K-4 through 2nd grade are to escort their children to and from the classrooms.  If a student has a sibling in grade 6 or above, the older sibling may assist in escorting the younger sibling.  Cars are to observe the 10 MPH speed limit on school property. **PLEASE DO NOT PARK BETWEEN THE BRICK BUILDING AND THE CHURCH BUILDING AT ANY TIME DURING THE SCHOOL DAY**.

## PROGRAMS AND SERVICES

The four-year-old program and our aftercare program are considered part of a child care program by the State of Maine. We are required to follow the rules and regulations for child care facilities for these two programs, including adult to student ratios and other safety protocols.

If parents need access to assistance for languages other than English, the school will furnish information on where to find such support.

**RIGHTS OF CHILDREN AND PARENTS FOR CHILD CARE FACILITIES**

A. **Rights of Children**. Children receiving Child care from Child Care Facilities have the following rights.
1. Children must be free from emotional, physical and/or sexual abuse, neglect and exploitation.
2. Each Child has the right to freedom from harmful actions or practices that are detrimental to the Child's welfare, and to practices that are potentially harmful to the Child.
3. Each Child has a right to an environment that meets the health and safety standards in this rule.
4. Each Child must be provided Child care services without discrimination to race, age, national origin, religion, disability, sex or family composition.
5. Children must be treated with dignity, consideration and respect in full recognition of their individuality. This includes the use of developmentally appropriate practices by the Child Care Facility.

6. Each Child has the right to the implementation of any plan of service that has been developed for that Child in conjunction with community or state agencies by the Child Care Facility.

7. Each Child has the right to Developmentally Appropriate activities, materials, and equipment.

8. Children with disabilities have the right to reasonable modifications to Child Care Facility policies and practices.

B. **Rights of parents and legal guardians of children receiving child care from Child Care Facilities.**

1. A Child's Parent or Legal Guardian must be fully informed of items or services which are included in the rate they pay for Child care services.

2. A Child's Parent or Legal Guardian has the right to be fully informed of findings of the most recent inspection conducted by the Department. The Child Care Facility must inform Children's Parents or Legal Guardians that the licensing inspection results are public information and inspection results must be posted in a prominent place on the Premises.

3. Parents or Legal Guardians must be notified by the Child Care Facility within two business days of any actions taken against the Child Care Facility by the Department, including but not limited to, decisions to issue conditional Licenses, refusal to renew a License, or to impose fines or other sanctions.


## CHAPEL

Chapel is an integral part of campus life for each student at Bangor Christian Schools.  Chapel speakers are varied, and topics covered are inspirational, challenging, and uplifting.  Students are not allowed to miss chapel without administrative permission.  Students are to enter the auditorium quietly and move quickly to find a seat.

Many times chapel worship is student led. Our middle and high school classes take turns though out the school year leading and planning chapel services. This is a highlight of our campus life. Parents and friends are invited to any chapel service.  Call the office for information about the schedule.


## COMPUTER AND INTERNET USE

Each student is responsible for his/her actions and activities involving Bangor Christian Schools' computers, networks and Internet services, and for his/her computer files, passwords and accounts.  These rules provide general guidance concerning the use of computers and examples of prohibited uses.  The rules do not attempt to describe every possible prohibited activity by students.  Students, parents and school staff who have questions about whether a particular activity is prohibited are encouraged to contact the principal or assistant principal.

*Consequences for Violation of Computer Use Policy and Rules*

Student use of Bangor Christian Schools' computers, networks and internet services is a privilege, not a right.  Compliance with policies and rules concerning computer use is mandatory.  Students who violate these policies and rules may have their computer privileges limited, suspended or

revoked.  Such violations may also result in disciplinary action, referral to law enforcement and/or legal action. The principal or assistant principal shall have the final authority to decide whether a student's privileges will be limited, suspended, or revoked based upon the circumstances of the particular case, the student's prior disciplinary record, and any other pertinent factors.

*Acceptable Use*

The Bangor Christian Schools' computers, networks and internet services are provided for educational purposes and research consistent with its educational mission, curriculum and instructional goals.  All policies, school rules, and expectations concerning student conduct and communications apply when students are using computers.  Students are also expected to comply with all specific instructions from teachers and other school staff when using the school's computers.

*Prohibited Uses*

Examples of unacceptable uses of Bangor Christian Schools' computers that are expressly prohibited include, but are not limited to, the following:

1.  Accessing Inappropriate Materials - Accessing, submitting, posting, publishing, forwarding, downloading, scanning or displaying defamatory, abusive, obscene, vulgar, sexually explicit, sexually suggestive, threatening, discriminatory, harassing and/or illegal materials.

2.  Illegal Activities - Using school computers, networks and Internet services for any illegal activity or in violation of any policy or school rules.  Bangor Christian Schools assumes no responsibility for illegal activities of students while using school computers.

3.  Violating Copyrights – Copying, downloading, or sharing any type of copyrighted materials (including music or films) without the owner's permission. Bangor Christian Schools assumes no responsibility for copyright violations by students.

4.  Copying Software - Copying or downloading software without the express authorization of the principal or assistant principal.  Unauthorized copying of software is illegal and may subject the copier to substantial civil and criminal penalties.  The Bangor Christian Schools assumes no responsibility for illegal software copying by students.

5.  Plagiarism - Representing as one's own work any materials obtained on the Internet (such as term papers, articles, music, etc.).  When Internet sources are used in student work, the author, publisher and web site must be identified.

6.  Non-School-Related Uses - Using Bangor Christian Schools computers, networks and Internet services for non-school-related purposes such as private financial gain; commercial, advertising or solicitation purposes; or any other personal use not connected with the educational program or assignments.

7.  Misuse of Passwords/Unauthorized Access - Sharing passwords, using other users' passwords, and accessing or using other users' accounts.

8.  Malicious Use/Vandalism - Any malicious use, disruption or harm Bangor Christian Schools computers, networks and Internet services, including but not limited to hacking activities and creation/uploading of computer viruses.

*No Expectation of Privacy*

Bangor Christian Schools' computers remain under the control, custody and supervision of the Bangor Christian Schools at all times.  Students have no expectation of privacy in their use of school computers, including e-mail, stored files and Internet access logs.

*Compensation for Losses, Costs and/or Damages*

The student and his/her parents are responsible for compensating the Bangor Christian Schools for any losses, costs, or damages incurred by the school for violations of policies and school rules while the student is using Bangor Christian Schools computers, including the cost of investigating such violations.  The Bangor Christian Schools assumes no responsibility for any unauthorized charges or costs incurred by a student while using school computers.

*Student Security*

A student is not allowed to reveal his/her full name, address, telephone number, social security number or other personal information on the Internet.  Students should never agree to meet people they have contacted through the Internet without parental permission.  Students should inform their teacher if they access information or messages that are dangerous, inappropriate or make them uncomfortable in any way.

*System Security*

The security of the Bangor Christian Schools' computers, networks and Internet services is a high priority.  Any student who identifies a security problem must notify his/her teacher immediately.  The student shall not demonstrate the problem to others or access unauthorized material.   Any user who attempts to breach system security, causes a breach of system security or fails to report a system security problem shall be subject to disciplinary and/or legal action in addition to having his/her computer privileges limited, suspended or revoked.

*Use of Personal Laptops / Electronic devices:*

A student may bring his/her personal laptop or tablet to school. During the school day (7:50 am – 2:45 pm) devices may only be used for school related work and the student must have a teacher's written permission to use any device.  All provisions of Bangor Christian Schools' Student Computer and Internet Use Rules apply to students using personal devices, both on and off campus.  Bangor Christian Schools assume no responsibility for personal devices brought to school by students.

**ATHLETICS**

Society places significant emphasis on athletics and as such many athletes are seen as leaders. We expect our athletes to be positive role models and leaders spiritually, socially, and academically.  The purpose for athletic activities is to:

1.  Show effective testimony of a changed life;
2.  Be an active, positive contributor to the community;
3.  Promote healthy competition and school spirit; and
4.  Provide for rigorous exercise of the body.

Bangor Christian High School participates in the Maine Principal's Association for all athletic competitions.  This allows us to compete with other schools and be involved in post-season tournament activities for championships.

In order for a student to be eligible for a Bangor Christian Schools team, he/she must maintain a grade point average of 75% or better with no F's and at least a 75% in Bible.  No student who is on disciplinary probation is allowed to participate in any extracurricular activities.

1.  An athlete may begin each sports season, fall, winter, and spring.
2.  If the student is failing any subjects or has below a 75% in Bible at the next marking period (mid-quarter or quarter) during any season that student will be removed from the team for the remainder of the season.
3.  The administration reserves the right to amend these expectations on a case by case basis.

From time to time, student-athletes will miss class time due to a scheduled game or competition. This will be treated as an excused absence and any missed work will fall under these guidelines.

The athletic director will make every effort to avoid scheduling games on Wednesday nights so that athletes may attend mid-week church services. All practices will end by 5:00pm on Wednesdays.

*Season Limits for Detentions for Athletes:*
> 3 Detentions – 2 Game Suspension
> 4 Detentions – Off the Team for the Season

Detentions are not necessarily scheduled around sporting practices.  If a student is scheduled for a detention, the student may be required to serve the detention before the student is allowed to participate in a practice, especially if the student has shown repetition of poor behavior.

**Athletes may not participate in a practice or an event for that day if they arrive at school after 8:15 a.m. unless they have a note from a doctor's appointment.**

Team members are expected to attend all scheduled practices and games, and display exemplary sportsmanship.  The principal will suspend or permanently remove a player from any team if that student's conduct or attitude makes him/her a poor testimony.

**Student athletes and their parents are required to read and sign the athletic handbook.**

**FINE ARTS**

Bangor Christian Schools places great emphasis on its fine arts program.  Participation in fine arts programs allows a student to use and improve his/her talents for Christian service.

Chorus and drama are offered for all students.  The elementary and high school chorus and bands perform twice a year at our Christmas and spring concerts.  Choir and band member attendance at the concert is required to receive credit for the class.  If a student is unable to attend, **prior** administrative approval is required.

Additionally, the following programs are offered at the school:

- Group and private piano and instrument instruction is offered to students in grades 1 - 12.
- Band instruction is available to students in grades 4 - 12.
- Piano and instrumental instruction, are non-credit electives that involve a fee to cover the cost of music, supplies, instrument repair, etc.

Art is offered to students as part of the regular elementary curriculum. At the middle and high school levels, art is an elective course.

**FIELD TRIPS AND CHAPERONES**

Field trips are taken at various times during the school year to places of educational interest. Information regarding cost, times, and dress standards will be sent home with the students prior to each trip.  All field trips are adequately chaperoned at the rate of at least one adult for each ten students.  Drivers are adults.  The students are expected to maintain the same degree of self-discipline on field trips as is expected at school.  Absences because of field trips are handled the same as excused absences from school.

There are times throughout the school year when parents may be asked to serve as chaperones or will desire to do so.  The school asks parents to follow the same standard of dress and conduct as is required of the students.

**GYMNASIUM**

In order to insure that the gymnasium is properly cared for, that all spectators and players have an enjoyable time, and that the Lord Jesus Christ is honored, we ask that the following rules be observed.

A.    Show good sportsmanship. Please, no "booing" or other discourteous actions.

B.    Please do not pound on the bleachers with your feet.
C.    Please confine all food and drink to the gymnasium and cafeteria.
D.    Please keep the gym clean and neat.  Discard all trash and cans in the proper receptacles.
E.    Students are not allowed to be in the gymnasium without approved adult supervision.

## HOLDING AN OFFICE

Only students with 75% or better average, no F's, and at least a 75% in Bible will be eligible to serve as class officers, or officers in any official school organization.  Students qualify on the basis of the most recent semester grades.  The placing of a student on disciplinary probation disqualifies them from holding office.

## LOCKERS

Lockers are assigned to all junior high and high school students.  All lockers are to be kept clean and are subject to inspections.  Personal locks are permitted if the combination or spare key has been left with the office.  Students are not to enter the locker of another student.

## LOST ARTICLES

All articles lost on the premises may be claimed at the lost and found at the close of the school day.  Vital items such as eyeglasses, coats, etc., may be sought at the school office when the classroom teacher issues a pass.  Unclaimed items are given to charity at the end of each quarter.

## LUNCH

A lunch program is available at school.  Meals are provided for a reasonable price. Vending machines are also available for students.  Students are to always maintain proper conduct and etiquette while in the cafeteria.  Teachers seek to uphold and teach proper manners during lunch period.  At dismissal time, each student is responsible to see that his lunch area is clean.  No students are dismissed until the teacher inspects the area.

# CLOSING STATEMENT

The contents of this handbook are to be used as a guide.  This book is in no way an all-inclusive statement of Bangor Christian School's rules, regulations, and philosophy.  The administration reserves the right to determine acceptable actions, behavior and conduct.  The administration also reserves the right to add or delete elements of this handbook at any time if it is deemed necessary.

It is understood that attendance at Bangor Christian Schools is a privilege and not a right.  This privilege may be forfeited by any student who does not conform to the standards and regulations of this institution.  Bangor Christian Schools may request the withdrawal at any time of any student, who, in the opinion of the school, does not fit into the spirit of the institution, regardless of whether or not he/she conforms to the specific rules and regulations of Bangor Christian Schools.

## STUDENT AND PARENT STATEMENT OF COOPERATION

We have read and understand the entire contents of the Parent/Student Handbook, including the Student Computer and Internet Use Rules, and are willing to abide by all the principles stated therein.  We understand the student will be subject to dismissal from school for violation of the discipline code in regard to the use of drugs (including tobacco and alcohol), immorality or for possession or distribution of pornography or lewd materials.  We also understand that attendance at Bangor Christian Schools is a privilege and not a right.  We understand that the school may request withdrawal at any time if in the opinion of the school the student does not fit into the spirit of the institution regardless of whether or not he/she conforms to the specific rules and regulations.  It is our prayerful desire to contribute positively to the spirit of Bangor Christian Schools and to live a life pleasing to the Lord.

Student Signature   _____   Date _____

Parent / Guardian Signature _____   Date _____

Parent / Guardian Signature _____   Date _____

Bangor Christian Schools on occasion will use advertising in newspapers, brochures, flyers, or posters to promote our school.  Candid pictures are taken of our students at various times through the year to show student life at our school, and sometimes we use these pictures in our advertising

or on our website.   May we have written permission to use pictures of your child for advertising purposes or on our website if the need arises in the future?


_____Yes, you have my permission to use pictures of my child for advertising purposes or on the school's website.

_____No, you do not have my permission to use pictures of my child for advertising purposes or on the school's website.


Parent / Guardian Signature _____