# Exhibit 4

# **BANGOR CHRISTIAN SCHOOLS – STAFF AGREEMENT 2021/22**

**For:** _____

**CONDITIONS OF EMPLOYMENT**

**1)** The staff member affirms that, as part of the qualifications for this position, he/she is a "Born Again" Christian who knows the Lord Jesus Christ as Savior. (John 3:3, I Peter 1:23).

**2)** The staff member gives testimony that he/she has a sense of God's will, and that working in this Christian school is God's direction.

**3)** The staff member will model the highest Christian virtue and personal behavior, serving as a **Christian role model** (I Timothy 4:12) both in and out of school to pupils (Luke 6:40), and as an example to parents and fellow faculty members in judgment, dignity, respect, and Christian living. These are biblical standards of conduct in the areas of abstaining from the use of alcohol, drugs, and tobacco, lewd public dancing, practice of gambling, and any other activity that would hinder your testimony. We require agreement with the standards: 2 Peter 1:5-8, Colossians 3:17, and Titus 2:7-8.

The staff member further agrees that the Bible dictates the standards for sexual behavior. Any promiscuity, homosexuality, or other deviant sexual behavior is forbidden and as such violates the bona fide occupational requirement of being a **Christian role model**. (Romans 1:24-32) Deviation from Scriptural standards may be grounds for termination. (Romans 12:1-2; I Corinthians 6:9-20; Ephesians 4:1-11, 5:3-5; I Thessalonians 4:3-8; I Timothy 4:12; II Timothy 2:19-22; I Peter 1:15-16, 2:15-17; I John 3:1-3).

**4)** The staff member will faithfully attend and financially support a local church whose fundamental beliefs are in agreement with the Statement of Faith of this school. (Hebrews 10:25).

**5)** The staff member accepts without verbal or mental reservations both the Statement of Faith and the Educational Philosophy and Objectives of this school and is committed to upholding them.

**6)** The staff member has also read and agrees to abide by the regulations set forth in the Faculty and Student Handbooks, as well as any additions or changes made during this contract year. He/she agrees to cooperate in every way with the school authorities and adhere to the policies. All employees are encouraged to discuss with the Administration privately any policies they to not understand or do not agree with.

**7)** Duties are to be assigned at the discretion of the Administrator after consultation with the staff member. He/she agrees to accept his/her proportionate amount of responsibilities outside of their regular duties. The extent of such assignment is to be determined by the Administrator who will seek as far as possible to achieve equity in all staff assignments.

**8)** The staff member will strive at all times to understand, appreciate, love, and serve the pupils and their families, and will to the best of his/her ability provide for their fullest spiritual, intellectual, physical, and emotional development.

**9)** The staff member will maintain an atmosphere that is conducive to a learning environment. This includes maintaining a professional appearance.

**10)** The staff member will arrive on time to work and fulfill their hourly obligation. The staff member agrees to be present and on time for faculty/staff devotions and meetings. He/she also agrees to remain after school for such duties, meetings, and conferences as may be called by the Administration.

**11**) The staff member will avoid highly debatable topics as much as possible that tend to divide evangelical believers. A student is to be referred to his/her local church if a debatable topic arises of a theological nature.

**12**) The staff member agrees to follow the Biblical pattern of Matthew 18:15-17 and Galatians 6:1 and always give a good report. All differences are to be resolved by utilizing Biblical principles - always presenting a <u>united front</u>. Appropriate confidentiality will be observed in regard to pupil, parent, and school matters. (Titus 3:2 and Galatians 5:15)

**13**) The staff member agrees that Christians believe that the Bible commands them to make every effort to live at peace and to resolve disputes with each other in private or within the Christian community in conformity with the Biblical injunctions of I Corinthians 6:1-8, Matthew 5:23-24, and Matthew 18:15-20.

**14**) Any previous agreements, whether written or oral, are fully merged into this agreement and no other agreement, statement or promise other than those contained in this agreement shall be valid or binding on either party.

Where cause exists, the Administration may terminate this agreement, provided that the staff member has been informed in writing of the cause or causes for discharge and has been given an opportunity to respond to them prior to final termination. Dismissal may be immediate or with longer notice depending upon the reason for dismissal.

Cause, as used herein includes, but is not limited to, any conduct tending to reflect discredit upon the school, the Administration, or upon the staff member, or tending to seriously impair his/her continued usefulness as a **<u>Christian role model.</u>**

**15**) **Bangor Christian Schools** has been classified as a 501 (c) (3) non-profit <u>church related</u> organization and has chosen not to participate in the Federal Unemployment Tax Act. Therefore upon termination of employment, regardless of the reason(s), unemployment benefits are not available.

Believing that God has led in this decision, the Administration of **Bangor Christian Schools** has appointed **Name of Staff** as the **Position Held** for the 2021/22 school year. This contract begins **August 15, 2021** and ends **June 15, 2022**, depending upon satisfactory performance of assigned duties. In so doing, we recognize and affirm the ministry of teaching for you as a God-ordained vocation. We rejoice that God has brought you to us as a "fellow-laborer" in this ministry. This contract provides a framework of mutual obligation and responsibility to assure the orderly operation of an exemplary program at Bangor Christian Schools.

By accepting this appointment, said staff member specifically acknowledges that this contract is for a limited duration and that all rights and privileges herein shall terminate upon the expiration date of this contract, unless voided earlier pursuant to the provisions listed below. The parties agree that no rights of tenure or presumption of continued employment are conferred or implied by this contract or by a number of consecutive contracts. The parties further agree that no right to notice of renewal or non-renewal of the contract is conferred or implied.

Gross salary for this period of employment will be no more than $ _____. (_____) days for (_____) hours a day at ($_____) per hour and will be payable in installments, to be received on the 15th and 30th of each month, beginning on August 30, 2021 and ending June 15, 2022.

**This contract will be valid only if it is signed and returned by  _____/_____/_____ .**

**I have read and understand the duties, responsibilities, salary and benefits and will abide with the terms and conditions of this contract.**

_____
**Staff Signature**                                                        **Date**

**We at Bangor Christian Schools extend our warmest welcome to you. We pledge our prayer support and help as you minister to our students.**

_____
**Administrator Signature**                                                **Date**