Exhibit 7

1

```
 1              UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MAINE
 2

 3

                     Civil Action No. 18-cv-00327 DBH
 4

 5

 6

 7   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 8   DAVID and AMY CARSON, et al.,

 9                    Plaintiffs

10        vs

11   ROBERT G. HASSON, JR., in his official
     Capacity as Commissioner of the Maine
12   Department of Education,

13                    Defendant
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14

15

16              DEPONENT:  MARTHA BOONE

17

18   Taken before Joanne P. Alley, a Notary Public in and for
     the State of Maine, at the offices of the Maine Attorney
19   General, Cross State Office Building, Sixth Floor,
     Sewall Street, Augusta, Maine, on December 17, 2018,
20   beginning at 2:15 p.m., pursuant to notice given.

21

22

23

24

25
```

```
 1    APPEARANCES:

 2    SARAH FORSTER, AAG
      CHRISTOPHER TAUB, AAG
 3    DEPARTMENT OF ATTORNEY GENERAL
      6 State House Station
 4    Augusta, ME 04333-0006
      207-626-8800
 5    sarah.forster@maine.gov
      christopher.taub@maine.gov
 6    Attorneys for Defendant

 7    TIM KELLER, ESQ.
      INSTITUTE FOR JUSTICE
 8    398 S. Mill Avenue, Suite 301
      Tempe, AZ 85281
 9    480-557-8300
      tkeller@ij.org
10    Attorney for Plaintiffs

11    ARIF PANJU, ESQ.
      INSTITUTE FOR JUSTICE
12    816 Congress Avenue, Suite 960
      Austin, TX 78701
13    512-480-5396
      apanju@ij.org
14
      KIMBERLY Y. SMITH RIVERA
15    NATIONAL CENTER FOR LIFE AND LIBERTY
      11803 104th Street
16    Largo, FL 33773
      888-233-6255
17    krivera@ncll.org

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2      DEPONENT:

 3         MARTHA BOONE

 4              By Attorney Forster          4

 5              By Attorney Keller        None

 6

 7

 8

 9

10

11                 E X H I B I T S
                                              Page
12
        No Exhibits Marked or Offered
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Deposition taken before Joanne P. Alley,

 2   Notary Public, at the offices of Maine Attorney General,

 3   Cross State Office Building, Sixth Floor, Sewall Street,

 4   Augusta, Maine, on December 17, 2018, beginning at 2:15

 5   p.m.)

 6              (The deponent was administered the oath by

 7   the Notary Public.)

 8              MARTHA BOONE, after having been duly sworn by

 9   the Notary Public, was deposed and testified as follows:

10                         EXAMINATION

11   BY MS. FORSTER:

12   Q.  Good afternoon.

13   A.  Hi.

14   Q.  So just to confirm, going back to the very first

15       exhibit, you are here to respond to four, five and

16       six?

17   A.  Yes.

18   Q.  All right.  What is your educational background?

19   A.  My bachelor's degree is in elementary education,

20       specifically more middle school, fourth through

21       eighth grade, and then my master's degree is in

22       leadership and supervision.

23   Q.  And where did you get those degrees?

24   A.  Both at Liberty University in Lynchburg, Virginia.

25   Q.  And what is your work history?
```

```
 1   A.   My work history, my husband and I were missionaries
 2        for 20 years and so my first four years of teaching
 3        I taught at a school for missionary kids in
 4        Swaziland, Africa in a composite seventh and eighth
 5        grade classroom; and then when my children were
 6        born, I started doing remedial reading and math
 7        instruction both for missionary kids and then for
 8        local children in the area and then we moved to the
 9        Island of Guam, and we were there for four and a
10        half years and I did the remedial reading and math
11        instruction for K through 8 kids at that school for
12        four and a half years and then we moved to
13        Melbourne, Australia, for four years and then I
14        worked in the special ed department there at a K
15        through 12 school, primarily focused in grades 5
16        through 10, working in reading and math
17        remediation.  So then in 2003, we moved to Maine
18        and I taught at Bangor Christian, I did -- I was
19        science my first semester.  I was a long-term sub
20        for a teacher that had to leave for the first
21        semester and then I taught high school language
22        arts until I moved into administration in the fall
23        of 2008.
24   Q.   So you've been in administration for ten years now?
25   A.   I have, yes.
```

1   Q.   Are you in the classroom at all now?

2   A.   I teach seventh grade math.

3   Q.   Can't get away, right?

4   A.   Can't get away.

5   Q.   Do you have a role with respect to Crosspoint

6        Church?

7   A.   I volunteer.  My husband is the youth pastor there

8        and so I volunteer, I teach high school Sunday

9        School and I help out with the youth but no

10       official role, just as a volunteer.

11  Q.   You're a member of the church?

12  A.   Yes.

13  Q.   And the youth pastor is another one of the people

14       who report to the --

15  A.   Senior pastor.

16  Q.   -- senior pastor?

17  A.   Yes, that's right.

18  Q.   I keep getting that pastor in chief stuck in my

19       head.  We already marked the student handbook.

20  A.   Yes.

21  Q.   If you look at page 15, our numbers, so the little

22       numbers on the bottom, Statement of Faith?

23  A.   Um-hum.

24  Q.   Is this a true and accurate Statement of Faith that

25       governs the school?

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And if you look at page 16 -- |
| 3 | A. | Um-hum. |
| 4 | Q. | -- that first paragraph, the first sentence, |
| 5 | | "certain Biblical issues that are not necessarily |
| 6 | | doctrinal in nature have become the focus of |
| 7 | | litigation against Christians, churches and |
| 8 | | Christian schools." |
| 9 | A. | Um-hum. |
| 10 | Q. | Could you give me an example of what those are? |
| 11 | A. | Basically the things that are delineated below |
| 12 | | that. |
| 13 | Q. | Oh, okay, so questions about protection of |
| 14 | | children, marriage and sexuality, a statement about |
| 15 | | love, these are issues that you believe have become |
| 16 | | the source of litigation? |
| 17 | A. | Among others, yeah, but those would be primarily, |
| 18 | | yup. |
| 19 | Q. | On the next page -- |
| 20 | A. | Um-hum. |
| 21 | Q. | -- which is page 17 -- |
| 22 | A. | Yup. |
| 23 | Q. | -- if you look at family relationships, where it |
| 24 | | says "the husband is to be the leader of the home," |
| 25 | | is that something that you teach as part of the |

```
 1          school curriculum or is that just an underlying

 2          assumption?

 3   A.     That would be taught in some of the Bible classes,

 4          yeah, because the scriptures that we have, one of

 5          the high school Bible classes covers Galatians,

 6          Ephesians, Philippians and Colossians and so those

 7          two verses that are referenced there would

 8          naturally be covered when they are studying through

 9          those books in their Bible class.  So it would be

10          something that is discussed, yes, as part of their

11          Bible curriculum.

12   Q.     And the same for the next paragraph about the role

13          of the wife --

14                MS. RIVERA:  I'm going to object here

15          because I think the specific beliefs are beyond the

16          scope of the examination.

17   BY MS. FORSTER:

18   Q.     The question is, is it taught in the school?

19   A.     Yes.

20                MS. RIVERA:  Is what taught?

21   BY MS. FORSTER:

22   Q.     These beliefs, are they actively taught as part of

23          the school curriculum?

24   A.     Um-hum.

25                MR. TAUB:  You have to say yes or no.
```

```
 1              THE DEPONENT:  Yes, yes.
 2   BY MS. FORSTER:
 3   Q.  On the next page, page 18, Objectives in Education,
 4       is this a true and accurate statement of the
 5       objectives?
 6   A.  Yes.
 7   Q.  Is it fair to say that one of the objectives of
 8       Bangor Christian Schools is to teach students to be
 9       good Christians?
10   A.  Yes.
11   Q.  To teach students to promote Christian values?
12   A.  Yes.
13   Q.  To develop Christian leadership?
14   A.  Yes.
15   Q.  On page 26 I believe it is, yes, you explain the
16       grading scales and then down at the bottom of the
17       page you talk about academic probation.
18   A.  Um-hum.
19   Q.  One way you can get academic probation is an
20       overall grade average below 75 and then another way
21       is a grade below 75 in Bible.
22   A.  Um-hum.
23   Q.  Why is Bible singled out as a subject?
24   A.  Because that is the primary thing in our school.
25       We are a Christian school and we always tell
```

1       families that that's not just a name, that is what

2       we do, and as you asked, what are our objectives,

3       all of those things that you listed, our biggest

4       emphasis is that.  We want to make sure that they

5       are taking that class seriously.  It could be one

6       that they could think, well, it doesn't matter when

7       I go to college, if I go to the University of

8       Maine, they don't care what I get on Bible, they

9       might care what I get on English, and we are

10      emphasizing that that is the utmost importance to

11      us.  We want you to do well in your other content

12      areas and this is of the utmost importance to us.

13  Q.  And I believe that that's also a condition for

14      being able to play sports, right?

15  A.  Yes.

16  Q.  Or to hold office in a student organization?

17  A.  Yes.

18  Q.  Or an honor academically?

19  A.  Um-hum, that's correct.

20          MS. RIVERA:  Let her finish her questions

21      before you answer.

22          THE DEPONENT:  I'm sorry.

23  **BY MS. FORSTER:**

24  Q.  On page 27, the next page, under High School

25      Graduation, the first sentence, "to graduate from

```
 1        Bangor Christian Schools a student must demonstrate
 2        the ability to function in a manner that is in the
 3        agreement with the philosophy of BCS."  What does
 4        that mean?
 5    A.  So they could be -- it's basically -- it's weird to
 6        be there I guess in the academic requirements but
 7        they could be asked to leave the school if they're
 8        not behaving and functioning in a manner that's in
 9        agreement with the philosophy of BCS, and so that's
10        what that means.  It's odd, you're right, that that
11        sentence is there attached to the academic stuff
12        that's going on in course requirements.
13    Q.  So in reality, are the graduation requirements the
14        credit requirements listed below?
15    A.  Um-hum.
16    Q.  And this statement is more of an issue of whether
17        or not you maintain presence in the school?
18    A.  Right.
19    Q.  So a student having attained these credit
20        requirements will receive a diploma from BCS?
21    A.  If they have -- yes, if they survive to June
22        whatever it is of that year of graduation, yes,
23        then they will.
24    Q.  So physical presence plus credits earned?
25    A.  Yes.
```

1   Q.   Excellent.  On page 30, and this is part of your

2        conduct and discipline section.

3   A.   Um-hum.

4   Q.   It says, "BCS follows the Biblical values of

5        Matthew 18?"

6   A.   Um-hum.

7   Q.   Could you describe what the Biblical values of

8        Matthew 18 say about discipline?

9   A.   Well, it's dealing with the idea of if you have a

10       problem with someone, that you go to that person

11       and you talk to that person about it, and so when a

12       teacher recognizes or I, as the principal,

13       recognize that a student is having difficulties, I

14       need to go to that person and talk to them about it

15       and we deal with it in that way, don't just kick

16       somebody out without talking to them about it or

17       trying to help them with it and work through it.

18       If you notice in our discipline levels, one of the

19       consequences at each level is a conversation with

20       the teacher.  That's a big part of that Matthew 18

21       thing, making sure that our discipline is not

22       punitive, the got-you sort of situation but a

23       learning -- we want you to learn from whatever it

24       is.  We want to help you not make that choice again

25       or make that mistake again and so that Matthew 18

1       is that as believers, we're to go to each other.

2       If I know you've offended me, I should go to you;

3       if you know that you've offended me, you should

4       come to me and so it's that perspective.

5    Q.   And does that always give the student the

6       opportunity to tell their side --

7    A.   Um-hum.

8    Q.   -- before you make a decision about discipline?

9    A.   Um-hum, yes.

10    Q.   Does that run even to when you're thinking of

11       something more significant like a suspension or an

12       expulsion?

13    A.   Yes, it does.

14    Q.   So students have the right to tell their side?

15    A.   Yes.

16    Q.   And who makes the final decision on something as

17       significant as a suspension or expulsion?

18    A.   Generally speaking, a suspension would be my

19       decision but that is something that the

20       administrative team, including our school

21       counselor, plays a role in.  I have never made a

22       decision by myself without having a discussion with

23       the school counselor and with whoever was the

24       headmaster at that time.  Before an expulsion

25       happened, that always goes all the way to the top

| | |
|---|---|
| 1 | and we talk about is there any way we can save this |
| 2 | child, we prefer not to remove a kid from the |
| 3 | school, you know, what can we do to work with the |
| 4 | child and with the family and all of that, but that |
| 5 | one always goes all the way through because that's |
| 6 | such a significant impact on the long-term on the |
| 7 | child. |
| 8 | Q. And who is the top?  Is it the headmaster? |
| 9 | A. Yes, yes. |
| 10 | Q. Do you report directly to the headmaster? |
| 11 | A. I do. |
| 12 | Q. And who reports directly to you? |
| 13 | A. The teachers report to me, yup. |
| 14 | Q. The whole K/12? |
| 15 | A. Yes. |
| 16 | Q. And any sort of para-educators that are in the |
| 17 | school, do they also report to you? |
| 18 | A. The school counselor reports to me and then really |
| 19 | the only other para-educators are our classroom |
| 20 | aides and they would. |
| 21 | Q. And when you say the school counselor, do you mean |
| 22 | a guidance counselor? |
| 23 | A. Her degree and license is as a school counselor. |
| 24 | Q. Okay.  I just didn't know whether you meant a |
| 25 | counselor like through the church or -- |

```
 1    A.   No.

 2    Q.   An academic version?

 3    A.   Right.

 4    Q.   Okay.  Thank you for presenting so many documents

 5         about your curriculum.  I feel like I've learned

 6         more about how a curriculum works than I ever knew

 7         before by reading them all.  I wondered though, is

 8         there sort of a base that you use to build your

 9         curriculum?  How do those documents all start?

10    A.   We began the process ten years ago as part of our

11         reaccreditation with NEASC in 2009, and so where

12         they began was with each committee that was

13         dedicated to a different content area, reviewing

14         national standards, at the time the Maine State

15         Learning Standards, to see what are the things that

16         students should be learning at each grade level,

17         what are the skills, content, you know, all of

18         those things that they should be learning at each

19         content level and each content level at each grade

20         level.  So we developed those curricular maps based

21         on that looking at our -- the textbooks and things

22         that we chose and felt fit our philosophy the best,

23         aligning those then with the standards that are

24         appropriate for students to learn and then that's

25         how we've continued as we go through a rotation
```

| | | |
|---|---|---|
| 1 | | each year of reviewing different curricular maps. |
| 2 | | We refer back again to the national and state |
| 3 | | standards, look to them to align with them and go |
| 4 | | that way. |
| 5 | Q. | I noticed, particularly in your science curriculum, |
| 6 | | that you have a column on the far left that talks |
| 7 | | about the Biblical foundation.  I may not have |
| 8 | | those words exactly right. |
| 9 | A. | Yes, um-hum. |
| 10 | Q. | And then the next column talks about the course |
| 11 | | objectives. |
| 12 | A. | Yes. |
| 13 | Q. | How do you decide what pieces of Biblical |
| 14 | | foundation get used in each of your classes?  Is |
| 15 | | that something you do after you have the template |
| 16 | | you described or do you start with the Biblical |
| 17 | | foundations? |
| 18 | A. | It might have gone the second way starting with the |
| 19 | | Biblical and going to the content; however, we |
| 20 | | built the curricular maps the first time through in |
| 21 | | 2009 without specifically putting those pieces in, |
| 22 | | and so as we have reviewed the curriculum, we |
| 23 | | recognize that -- the word that we're using is that |
| 24 | | we have to be intentional and thinking about how |
| 25 | | are we going to make sure that everything we say |

```
 1        we're doing in our philosophy statements is

 2        actually being accomplished and isn't just

 3        something that sounds nice written on a piece of

 4        paper.  So that's something we have backwards --

 5        worked backwards and said these are the different

 6        things and this is where they will be placed in and

 7        how we'll introduce them and marry them with the

 8        standards that they're learning in science or

 9        English or math and so forth going forward.  So

10        that's why it should have probably been the other

11        way but that is how it ended up happening.

12   Q.   What happens when there's a conflict?

13   A.   Explain what you mean.

14   Q.   So again thinking about the science standards, are

15        there sometimes when your Biblical reference

16        conflicts with what an academic standard might be?

17   A.   No.

18   Q.   Okay.  So when you talk about cell mutation, for

19        example, yet at the same time on your left-hand

20        side you're talking about creationism or

21        intelligent design as opposed to basic cell

22        mutation, how do you make those work together?

23   A.   They actually work together perfectly because there

24        is no place where science contradicts scripture or

25        scripture contradicts science, and so what we're
```

```
 1        able to do is use scientific fact and research and
 2        show how there isn't a conflict between those
 3        things, and so there isn't an issue and I guess
 4        that's how I would answer the question.  There
 5        isn't ever a conflict between -- one does not
 6        contradict the other.
 7   Q.   And is that consistent throughout the curriculum?
 8        I mean, I picked science only because it's been the
 9        most highly-publicized area where people have had
10        questions.  When you teach English language arts,
11        for example, do you use some Christian texts and
12        some regular or ordinary text?
13   A.   Yes, we do; yes, we do.  I guess you could give me
14        some examples of exactly what you mean by that.
15   Q.   Well, this morning we talked about with respect to
16        Temple Academy that there was a concern about what
17        was appropriate reading material for children and
18        they pointed out that they taught Macbeth even
19        though they're the witches of Macbeth.  So when you
20        choose texts for your courses, are you looking for
21        good, Christian-appropriate stories even when they
22        might be also traditional academic favorites that
23        you read in high school?
24   A.   So I believe you're asking me -- and you can tell
25        me if this is correct -- do we use any texts that
```

1         would be also used in, say, a nonsectarian school?

2    Q.   Right.

3    A.   Yes, we do.

4    Q.   And you have some texts that are specifically or

5         deliberately Christian in focus, is that correct?

6    A.   Do you mean -- are we still talking about language

7         arts or just in the broad curriculum?

8    Q.   Well, I was thinking about language arts and

9         particularly in the younger grades those are books

10        that are, I'm using specifically Christian, but

11        they're designed and I noticed in the bibliography

12        are Christian publishing houses.  Do you ever

13        consider and reject books to be used as part of

14        your English language arts curriculum because you

15        think they're inappropriate in a Christian

16        environment?

17   A.   Um-hum, yes, we do.

18   Q.   Could you give me an example?

19   A.   Of a book we have considered and rejected?

20             MS. RIVERA:  Is that what you're asking?

21             MS. FORSTER:  Yes.

22   **BY MS. FORSTER:**

23   A.   I can't think of one because our curriculum has

24        been pretty consistent for several years.  What we

25        read in our various English classes has been fairly

|      |    |                                                        |
|------|----|--------------------------------------------------------|
| 1    |    | consistent.  I mean, there have been -- when I was      |
| 2    |    | teaching language arts, there were books that I         |
| 3    |    | reviewed and didn't choose not just because of a        |
| 4    |    | Christian content but I felt were not age               |
| 5    |    | appropriate, you know, in general.                      |
| 6    | Q. | Right.                                                  |
| 7    | A. | But I can't -- no, I can't give you an example of       |
| 8    |    | something we rejected.                                  |
| 9    | Q. | I was hoping you would say Moby Dick.  Everyone         |
| 10   |    | wants to get out of reading Moby Dick, I mean, but      |
| 11   |    | apparently the whale is just fine, huh?                 |
| 12   | A. | Yeah.                                                   |
| 13   | Q. | Is there any way in topics other than Bible to          |
| 14   |    | separate the religious instruction from the             |
| 15   |    | academic instruction or is it completely                |
| 16   |    | intertwined?                                            |
| 17   | A. | It's completely intertwined.                            |
| 18   | Q. | Okay, and there would be no way to have a student       |
| 19   |    | be successful in the school if they were resistant      |
| 20   |    | to the sectarian instruction?                           |
| 21   | A. | That's correct.                                         |
| 22   | Q. | When you make decisions about grading, are those        |
| 23   |    | decisions based on traditional academic indicia,        |
| 24   |    | performance on tests, class participation, et           |
| 25   |    | cetera, alone or is there also an element of            |

```
 1        faithfulness of belief, of performance with respect
 2        to the overarching values that goes into that
 3        calculation?
 4    A.  Not into our academic calculations, no.  It's
 5        academic performance, yup.
 6    Q.  Outside of -- well, are there any chapel services
 7        that occur during the school day?
 8    A.  Yes, once -- once a week.
 9    Q.  And are they led by pastors, by students?
10    A.  Yes.
11    Q.  Oh, all of the above?
12    A.  Yes.
13    Q.  Is part of what students learn to do either in
14        Bible class or in one of the other classes present
15        at chapel?
16    A.  I'm not sure what you mean.
17    Q.  Do you help them or do they learn how to be
18        effective communicators at chapel or, you know,
19        speaking about their faith at chapel, is that one
20        of the things that they're taught?
21    A.  Not specifically at chapel.  You know, part of the
22        language arts curriculum is communication and one
23        of our goals for learning to be good communicators
24        is to communicate their beliefs and their faith and
25        so that would be hopefully a carryover to if I can
```

```
 1        communicate through speaking in my class, then if I
 2        have the opportunity to also speak at chapel, that
 3        carries over, but that's not one of the goals.  To
 4        train them to speak in chapel would not be one of
 5        the goals.
 6   Q.   I notice that you have a very specific homework
 7        policy about Wednesday nights.
 8   A.   Um-hum.
 9   Q.   What happens on Wednesday night?
10   A.   Many churches have a midweek service on Wednesday
11        nights, and we want to leave the opportunity for
12        kids who want to go to their youth group to go to
13        their church service on Wednesday nights and not
14        have to feel, oh, I've got a boatload of homework
15        to do.  They've got that option to go.
16   Q.   From how many churches would you say your student
17        population comes?
18   A.   Over 40, and we have a group of churches that most
19        of them come from, 75 percent or so come from.
20   Q.   Okay.
21   A.   Five to seven churches, and then that other 25
22        percent is one kid from this church and one kid
23        from that church over the -- all over the area.
24   Q.   Wow.  When I was looking on page 33 --
25   A.   Your 33, right?
```

1   Q.   Yes, BDS 33, "the following offenses," and this is

2        the last paragraph, "may lead to immediate

3        suspension and probable expulsion," the last bullet

4        point, "presenting oneself as a gender other than

5        the one included on his or her birth certificate."

6   A.   Um-hum.

7   Q.   Is that essentially nonnegotiable?

8   A.   We would work with any kid, just like we would with

9        all of these things.  That's why it isn't an

10       immediate -- it may lead to but doesn't always lead

11       to, so there would be conversations that would go

12       on with the student and their parent and working

13       with them just like we would with any other area,

14       but if even through working with them there was no

15       movement on the part of the student, that that was

16       how they were going to present oneself, would that

17       mean they could no longer attend school?  Just like

18       all the other areas, if there were no movement, if

19       the child wanted to continue drinking every weekend

20       or whatever, you know, any of those other issues,

21       yes.

22   Q.   Um-hum.  What if a student didn't present him or

23       herself as a gender other than the one included on

24       the birth certificate but was openly gay and, you

25       know, communicated that regularly in the school

1    environment and to his or her classmates?

2   A.   So if you refer back to where in the beginning

3        where we talk about our Statement of Faith and how

4        we look at those things, that would fall under an

5        immoral activity by that definition.  So yes, it --

6        that would fall just like again if I was

7        heterosexual and sleeping with my boyfriend and

8        saying I'm going to continue doing this, I don't --

9        I'm not -- you know, that would be the same

10       situation.

11  Q.   And so there would be counseling but ultimately if

12       there was no change in the student's position, that

13       would be done?

14  A.   Um-hum, yes.

15  Q.   All right.  I'm going to take a break, consult with

16       my cocounsel here and, you know, you can argue on

17       the way home about who had it worse.

18            **(OFF RECORD FROM 2:40 TO 2:42)**

19  **BY MS. FORSTER:**

20  Q.   A couple of very quick follow-ups.  Right before we

21       broke when we were talking about behavior that

22       would lead to expulsion, you said when I asked you

23       about a student who was a professed homosexual, you

24       said it was similar or just like if another student

25       was having sex on the weekend and didn't want to

```
 1          cease that activity.  I just want to be clear, if
 2          the student who professed that they were homosexual
 3          was celibate, this wasn't about actually having
 4          sex, would that still be a problem?
 5     A.   There would be discussions with him or her to see
 6          what's going on in their life and their world and
 7          their thinking, so it wouldn't be automatic but if
 8          they are entrenched in this is who I am, I think
 9          that it is right and good, it clearly goes against
10          our Biblical beliefs so, yes, it would be that as
11          well.
12     Q.   Okay.  I just couldn't tell whether you were
13          focused on the conduct or --
14     A.   Correct, I gotcha.
15     Q.   Chapel is mandatory, isn't it?
16     A.   Yes.
17     Q.   And is one of the things -- I think you said one of
18          the things that you were teaching them was about
19          the ability to spread Christianity in the world.
20          Is that part of what they're learning not
21          necessarily through chapel but through all of their
22          education?
23     A.   Yes.
24               MS. FORSTER:  Okay, I think that's it.
25               MR. KELLER:  I have nothing.
```

1                MS. RIVERA:   We will read.

2           (Whereupon, the above-named deposition was

3     concluded at 2:43 p.m.)

4           (The deponent does not waive reading and

5     signing.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                         CERTIFICATE

 2        I, Joanne P. Alley, a Notary Public in and for

 3   the State of Maine, hereby certify that on the 17th day

 4   of December, 2018, personally appeared before me the

 5   within-named deponent who was sworn to testify to the

 6   truth, the whole truth, and nothing but the truth in the

 7   aforementioned cause of action and that the foregoing is

 8   a true and accurate record as taken by me by means of

 9   computer-aided machine shorthand.

10

11        I further certify that I am a disinterested

12   person in the event or outcome of the aforementioned

13   cause of action.

14

15        IN WITNESS WHEREOF, I have hereunto set my hand

16   this 11th day of January, 2018.

17

18             _____

19                  Joanne P. Alley

20             Court Reporter/Notary Public

21

22   My commission expires:  July 17, 2022

23

24

25
```

28

```
1              ALLEY & MORRISETTE REPORTING SERVICE

2                      1203 Augusta Road

3                     Belgrade, ME  04917

4
                        January 14, 2018
5

6

7   Ms. Martha Boone
    c/o Kimberly Y. Smith Rivera, Esq.
8   11803 104th Street.
    Largo, FL 33773
9

10
    RE: Carson, et al. v Robert G. Hasson
11
    Enclosed please find a copy of your deposition taken in
12  the above-mentioned action.  Also enclosed is the
    original signature page and a sheet for corrections.
13  Please read the copy of the deposition and sign the
    original signature page before a Notary Public.  If
14  there are any corrections you wish to make, they should
    be made on the enclosed correction sheet.  Do not mark
15  on the deposition.

16  Please return the signed original signature page and
    correction sheet to Alley & Morrisette at the above
17  address within 30 days.

18  Thank you.

19

20

21

22

23

24

25
```

1   THE ORIGINAL DEPOSITION OF MARTHA BOONE SHOULD INCLUDE

2   THE FOLLOWING CORRECTIONS:

3

4   Page Line      Change from this     To this

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            TO BE COMPLETED BY THE DEPONENT:

 2         I, _____, have read the

 3    foregoing pages and have noted any stenographic errors

 4    of my testimony together with their respective

 5    corrections and the reasons therefore on the following

 6    Errata Sheet.

 7

 8              (SIGNATURE) _____

 9                 (DATE) _____

10              * * * * * * * * * *

11    TO BE COMPLETED BY THE NOTARY PUBLIC/ATTORNEY

12       I, _____, a Notary Public/Attorney,

13    hereby acknowledge that the above-named deponent

14    personally appeared before me and affixed his/her

15    signature as his/her own true act and deed.

16

17              (SIGNATURE) _____

18                 (DATE) _____

19    TITLE:  Carson, et al. v Robert Hasson

20    DEPOSITION OF:  Martha Boone

21    DATE OF DEPOSITION:  December 17, 2018

22    NOTICING PARTY:  Sarah Forster, Esq.

23    REPORTER:  Joanne P. Alley

24

25
```

## 0

**04333-0006** [1] - 2:4
**04917** [1] - 28:3

## 1

**10** [1] - 5:16
**104th** [2] - 2:15, 28:8
**11803** [2] - 2:15, 28:8
**11th** [1] - 27:16
**12** [1] - 5:15
**1203** [1] - 28:2
**14** [1] - 28:4
**15** [1] - 6:21
**16** [1] - 7:2
**17** [5] - 1:19, 4:4, 7:21, 27:22, 30:21
**17th** [1] - 27:3
**18** [5] - 9:3, 12:5, 12:8, 12:20, 12:25
**18-cv-00327** [1] - 1:3

## 2

**20** [1] - 5:2
**2003** [1] - 5:17
**2008** [1] - 5:23
**2009** [2] - 15:11, 16:21
**2018** [6] - 1:19, 4:4, 27:4, 27:16, 28:4, 30:21
**2022** [1] - 27:22
**207-626-8800** [1] - 2:4
**25** [1] - 22:21
**26** [1] - 9:15
**27** [1] - 10:24
**2:15** [2] - 1:19, 4:4
**2:40** [1] - 24:18
**2:42** [1] - 24:18
**2:43** [1] - 26:3

## 3

**30** [2] - 12:1, 28:17
**301** [1] - 2:8
**33** [3] - 22:24, 22:25, 23:1
**33773** [2] - 2:16, 28:8
**398** [1] - 2:8

## 4

**4** [1] - 3:4
**40** [1] - 22:18
**480-557-8300** [1] - 2:9

## 5

**5** [1] - 5:15

**512-480-5396** [1] - 2:13

## 6

**6** [1] - 2:3

## 7

**75** [3] - 9:20, 9:21, 22:19
**78701** [1] - 2:12

## 8

**8** [1] - 5:11
**816** [1] - 2:12
**85281** [1] - 2:8
**888-233-6255** [1] - 2:16

## 9

**960** [1] - 2:12

## A

**AAG** [2] - 2:2, 2:2
**ability** [2] - 11:2, 25:19
**able** [2] - 10:14, 18:1
**above-mentioned** [1] - 28:12
**above-named** [2] - 26:2, 30:13
**academic** [1] - 9:17, 9:19, 11:6, 11:11, 15:2, 17:16, 18:22, 20:15, 20:23, 21:4, 21:5
**academically** [1] - 10:18
**Academy** [1] - 18:16
**accomplished** [1] - 17:2
**accurate** [3] - 6:24, 9:4, 27:8
**acknowledge** [1] - 30:13
**act** [1] - 30:15
**Action** [1] - 1:3
**action** [3] - 27:7, 27:13, 28:12
**actively** [1] - 8:22
**activity** [2] - 24:5, 25:1
**address** [1] - 28:17
**administered** [1] - 4:6
**administration** [2] - 5:22, 5:24
**administrative** [1] - 13:20

**affixed** [1] - 30:14
**aforementioned** [2] - 27:7, 27:12
**Africa** [1] - 5:4
**afternoon** [1] - 4:12
**age** [1] - 20:4
**ago** [1] - 15:10
**agreement** [1] - 11:3, 11:9
**aided** [1] - 27:9
**aides** [1] - 14:20
**al** [3] - 1:8, 28:10, 30:19
**align** [1] - 16:3
**aligning** [1] - 15:23
**ALLEY** [1] - 28:1
**Alley** [6] - 1:17, 4:1, 27:2, 27:19, 28:16, 30:23
**alone** [1] - 20:25
**AMY** [1] - 1:8
**AND** [1] - 2:15
**answer** [2] - 10:21, 18:4
**apanju@ij.org** [1] - 2:13
**APPEARANCES** [1] - 2:1
**appeared** [2] - 27:4, 30:14
**appropriate** [4] - 15:24, 18:17, 18:21, 20:5
**area** [5] - 5:8, 15:13, 18:9, 22:23, 23:13
**areas** [2] - 10:12, 23:18
**argue** [1] - 24:16
**ARIF** [1] - 2:11
**arts** [7] - 5:22, 18:10, 19:7, 19:8, 19:14, 20:2, 21:22
**assumption** [1] - 8:2
**attached** [1] - 11:11
**attained** [1] - 11:19
**attend** [1] - 23:17
**Attorney** [5] - 1:18, 2:10, 3:4, 3:5, 4:2
**ATTORNEY** [1] - 2:3
**Attorneys** [1] - 2:6
**Augusta** [4] - 1:19, 2:4, 4:4, 28:2
**Austin** [1] - 2:12
**Australia** [1] - 5:13
**automatic** [1] - 25:7
**Avenue** [2] - 2:8, 2:12
**average** [1] - 9:20
**AZ** [1] - 2:8

## B

**bachelor's** [1] - 4:19
**background** [1] - 4:18
**backwards** [2] - 17:4, 17:5
**Bangor** [3] - 5:18, 9:8, 11:1
**base** [1] - 15:8
**based** [2] - 15:20, 20:23
**basic** [1] - 17:21
**BCS** [4] - 11:3, 11:9, 11:20, 12:4
**BDS** [1] - 23:1
**BE** [2] - 30:1, 30:11
**become** [2] - 7:6, 7:15
**began** [2] - 15:10, 15:12
**beginning** [3] - 1:19, 4:4, 24:2
**behaving** [1] - 11:8
**behavior** [1] - 24:21
**Belgrade** [1] - 28:3
**belief** [1] - 21:1
**beliefs** [4] - 8:15, 8:22, 21:24, 25:10
**believers** [1] - 13:1
**below** [4] - 7:11, 9:20, 9:21, 11:14
**best** [1] - 15:22
**between** [2] - 18:2, 18:5
**beyond** [1] - 8:15
**Bible** [9] - 8:3, 8:5, 8:9, 8:11, 9:21, 9:23, 10:8, 20:13, 21:14
**Biblical** [9] - 7:5, 12:4, 12:7, 16:7, 16:13, 16:16, 16:19, 17:15, 25:10
**bibliography** [1] - 19:11
**big** [1] - 12:20
**biggest** [1] - 10:3
**birth** [2] - 23:5, 23:24
**boatload** [1] - 22:14
**book** [1] - 19:19
**books** [4] - 8:9, 19:9, 19:13, 20:2
**Boone** [2] - 28:7, 30:20
**BOONE** [4] - 1:15, 3:3, 4:8, 29:1
**born** [1] - 5:6
**bottom** [2] - 6:22, 9:16
**boyfriend** [1] - 24:7
**break** [1] - 24:15
**broad** [1] - 19:7

**broke** [1] - 24:21
**build** [1] - 15:8
**Building** [2] - 1:18, 4:3
**built** [1] - 16:20
**bullet** [1] - 23:3
**BY** [9] - 4:11, 8:17, 8:21, 9:2, 10:23, 19:22, 24:19, 30:1, 30:11

## C

**c/o** [1] - 28:7
**calculation** [1] - 21:3
**calculations** [1] - 21:4
**capacity** [1] - 1:11
**care** [2] - 10:8, 10:9
**carries** [1] - 22:3
**carryover** [1] - 21:25
**Carson** [2] - 28:10, 30:19
**CARSON** [1] - 1:8
**cease** [1] - 25:1
**celibate** [1] - 25:3
**cell** [2] - 17:18, 17:21
**CENTER** [1] - 2:15
**certain** [1] - 7:5
**CERTIFICATE** [1] - 27:1
**certificate** [2] - 23:5, 23:24
**certify** [2] - 27:3, 27:11
**cetera** [1] - 20:25
**Change** [1] - 29:4
**change** [1] - 24:12
**chapel** [9] - 21:6, 21:15, 21:18, 21:19, 21:21, 22:2, 22:4, 25:15, 25:21
**chief** [1] - 6:18
**child** [4] - 14:2, 14:4, 14:7, 23:19
**children** [4] - 5:5, 5:8, 7:14, 18:17
**choice** [1] - 12:24
**choose** [2] - 18:20, 20:3
**chose** [1] - 15:22
**Christian** [14] - 5:18, 7:8, 9:8, 9:11, 9:13, 9:25, 11:1, 18:11, 18:21, 19:5, 19:10, 19:12, 19:15, 20:4
**Christian-appropriate** [1] - 18:21
**Christianity** [1] - 25:19
**Christians** [2] - 7:7,

9:9
CHRISTOPHER [1] - 2:2
christopher.taub@maine.gov [1] - 2:5
Church [1] - 6:6
church [5] - 6:11, 14:25, 22:13, 22:22, 22:23
churches [5] - 7:7, 22:10, 22:16, 22:18, 22:21
Civil [1] - 1:3
class [5] - 8:9, 10:5, 20:24, 21:14, 22:1
classes [5] - 8:3, 8:5, 16:14, 19:25, 21:14
classmates [1] - 24:1
classroom [3] - 5:5, 6:1, 14:19
clear [1] - 25:1
clearly [1] - 25:9
cocounsel [1] - 24:16
college [1] - 10:7
Colossians [1] - 8:6
column [2] - 16:6, 16:10
commission [1] - 27:22
Commissioner [1] - 1:11
committee [1] - 15:12
communicate [2] - 21:24, 22:1
communicated [1] - 23:25
communication [1] - 21:22
communicators [2] - 21:18, 21:23
COMPLETED [2] - 30:1, 30:11
completely [2] - 20:15, 20:17
composite [1] - 5:4
computer [1] - 27:9
computer-aided [1] - 27:9
concern [1] - 18:16
concluded [1] - 26:3
condition [1] - 10:13
conduct [2] - 12:2, 25:13
confirm [1] - 4:14
conflict [3] - 17:12, 18:2, 18:5
conflicts [1] - 17:16
Congress [1] - 2:12
consequences [1] - 12:19

consider [1] - 19:13
considered [1] - 19:19
consistent [3] - 18:7, 19:24, 20:1
consult [1] - 24:15
content [7] - 10:11, 15:13, 15:17, 15:19, 16:19, 20:4
continue [2] - 23:19, 24:8
continued [1] - 15:25
contradict [1] - 18:6
contradicts [2] - 17:24, 17:25
conversation [1] - 12:19
conversations [1] - 23:11
copy [2] - 28:11, 28:13
correct [5] - 10:19, 18:25, 19:5, 20:21, 25:14
correction [2] - 28:14, 28:16
corrections [3] - 28:12, 28:14, 30:5
CORRECTIONS [1] - 29:2
counseling [1] - 24:11
counselor [7] - 13:21, 13:23, 14:18, 14:21, 14:22, 14:23, 14:25
couple [1] - 24:20
course [2] - 11:12, 16:10
courses [1] - 18:20
Court [1] - 27:20
COURT [1] - 1:1
covered [1] - 8:8
covers [1] - 8:5
creationism [1] - 17:20
credit [2] - 11:14, 11:19
credits [1] - 11:24
Cross [2] - 1:18, 4:3
Crosspoint [1] - 6:5
curricular [1] - 15:20, 16:1, 16:20
curriculum [13] - 8:1, 8:11, 8:23, 15:5, 15:6, 15:9, 16:5, 16:22, 18:7, 19:7, 19:14, 19:23, 21:22

D

DATE [3] - 30:9, 30:18, 30:21
DAVID [1] - 1:8

days [1] - 28:17
DBH [1] - 1:3
deal [1] - 12:15
dealing [1] - 12:9
December [4] - 1:19, 4:4, 27:4, 30:21
decide [1] - 16:13
decision [4] - 13:8, 13:16, 13:19, 13:22
decisions [2] - 20:22, 20:23
dedicated [1] - 15:13
deed [1] - 30:15
Defendant [2] - 1:13, 2:6
definition [1] - 24:5
degree [3] - 4:19, 4:21, 14:23
degrees [1] - 4:23
deliberately [1] - 19:5
delineated [1] - 7:11
demonstrate [1] - 11:1
department [1] - 5:14
Department [1] - 1:12
DEPARTMENT [4] - 2:3
deponent [4] - 4:6, 26:4, 27:5, 30:13
DEPONENT [5] - 1:15, 3:2, 9:1, 10:22, 30:1
deposed [1] - 4:9
DEPOSITION [3] - 29:1, 30:20, 30:21
deposition [5] - 4:1, 26:2, 28:11, 28:13, 28:15
describe [1] - 12:7
described [1] - 16:16
design [1] - 17:21
designed [1] - 19:11
develop [1] - 9:13
developed [1] - 15:20
Dick [2] - 20:9, 20:10
different [3] - 15:13, 16:1, 17:5
difficulties [1] - 12:13
diploma [1] - 11:20
directly [1] - 14:10, 14:12
discipline [5] - 12:2, 12:8, 12:18, 12:21, 13:8
discussed [1] - 8:10
discussion [1] - 13:22
discussions [1] - 25:5
disinterested [1] - 27:11
DISTRICT [2] - 1:1, 1:1
doctrinal [1] - 7:6

documents [2] - 15:4, 15:9
done [1] - 24:13
down [1] - 9:16
drinking [1] - 23:19
duly [1] - 4:8
during [1] - 21:7

E

earned [1] - 11:24
ed [1] - 5:14
education [2] - 4:19, 25:22
Education [2] - 1:12, 9:3
educational [1] - 4:18
educators [2] - 14:16, 14:19
effective [1] - 21:18
eighth [2] - 4:21, 5:4
either [1] - 21:13
element [1] - 20:25
elementary [1] - 4:19
emphasis [1] - 10:4
emphasizing [1] - 10:10
Enclosed [1] - 28:11
enclosed [2] - 28:12, 28:15
ended [1] - 17:11
English [5] - 10:9, 17:9, 18:10, 19:14, 19:25
entrenched [1] - 25:8
environment [2] - 19:16, 24:1
Ephesians [1] - 8:6
Errata [1] - 30:6
errors [1] - 30:3
ESQ [2] - 2:7, 2:11
Esq [2] - 28:7, 30:22
essentially [1] - 23:7
et [4] - 1:8, 20:24, 28:10, 30:19
event [1] - 27:12
exactly [2] - 16:8, 18:14
EXAMINATION [1] - 4:10
examination [1] - 8:16
example [5] - 7:10, 17:19, 18:11, 19:18, 20:7
examples [1] - 18:14
Excellent [1] - 12:1
exhibit [1] - 4:15
Exhibits [1] - 3:12
expires [1] - 27:22
explain [2] - 9:15,

17:13
expulsion [5] - 13:12, 13:17, 13:24, 23:3, 24:22

F

fact [1] - 18:1
fair [1] - 9:7
fairly [1] - 19:25
faith [2] - 21:19, 21:24
Faith [3] - 6:22, 6:24, 24:3
faithfulness [1] - 21:1
fall [3] - 5:22, 24:4, 24:6
families [1] - 10:1
family [2] - 7:23, 14:4
far [1] - 16:6
favorites [1] - 18:22
felt [2] - 15:22, 20:4
final [1] - 13:16
fine [1] - 20:11
finish [1] - 10:20
first [8] - 4:14, 5:2, 5:19, 5:20, 7:4, 10:25, 16:20
fit [1] - 15:22
five [2] - 4:15, 22:21
FL [2] - 2:16, 28:8
Floor [1] - 1:18, 4:3
focus [2] - 7:6, 19:5
focused [2] - 5:15, 25:13
follow [1] - 24:20
follow-ups [1] - 24:20
FOLLOWING [1] - 29:2
following [2] - 23:1, 30:5
follows [2] - 4:9, 12:4
FOR [4] - 1:1, 2:7, 2:11, 2:15
foregoing [2] - 27:7, 30:3
Forster [2] - 3:4, 30:22
FORSTER [10] - 2:2, 4:11, 8:17, 8:21, 9:2, 10:23, 19:21, 19:22, 24:19, 25:24
forth [1] - 17:9
forward [1] - 17:9
foundation [2] - 16:7, 16:14
foundations [1] - 16:17
four [2] - 4:15, 5:2, 5:9, 5:12, 5:13
fourth [1] - 4:20
FROM [1] - 24:18

**function** [1] - 11:2
**functioning** [1] - 11:8

## G

**Galatians** [1] - 8:5
**gay** [1] - 23:24
**gender** [2] - 23:4, 23:23
**general** [1] - 20:5
**General** [2] - 1:18, 4:2
**GENERAL** [1] - 2:3
**generally** [1] - 13:18
**given** [1] - 1:19
**goals** [3] - 21:23, 22:3, 22:5
**got-you** [1] - 12:22
**gotcha** [1] - 25:14
**governs** [1] - 6:25
**grade** [7] - 4:21, 5:5, 6:2, 9:20, 9:21, 15:16, 15:19
**grades** [2] - 5:15, 19:9
**grading** [2] - 9:16, 20:22
**graduate** [1] - 10:25
**graduation** [2] - 11:13, 11:22
**Graduation** [1] - 10:25
**group** [2] - 22:12, 22:18
**Guam** [1] - 5:9
**guess** [3] - 11:6, 18:3, 18:13
**guidance** [1] - 14:22

## H

**half** [2] - 5:10, 5:12
**hand** [2] - 17:19, 27:15
**handbook** [1] - 6:19
**HASSON** [1] - 1:11
**Hasson** [2] - 28:10, 30:19
**head** [1] - 6:19
**headmaster** [3] - 13:24, 14:8, 14:10
**help** [4] - 6:9, 12:17, 12:24, 21:17
**hereby** [2] - 27:3, 30:13
**hereunto** [1] - 27:15
**herself** [1] - 23:23
**heterosexual** [1] - 24:7
**hi** [1] - 4:13
**High** [1] - 10:24
**high** [4] - 5:21, 6:8, 8:5, 18:23

**highly** [1] - 18:9
**highly-publicized** [1] - 18:9
**his/her** [2] - 30:14, 30:15
**history** [2] - 4:25, 5:1
**hold** [1] - 10:16
**home** [2] - 7:24, 24:17
**homework** [2] - 22:6, 22:14
**homosexual** [2] - 24:23, 25:2
**honor** [1] - 10:18
**hopefully** [1] - 21:25
**hoping** [1] - 20:9
**House** [1] - 2:3
**houses** [1] - 19:12
**hum** [19] - 6:23, 7:3, 7:9, 7:20, 8:24, 9:18, 9:22, 10:19, 11:15, 12:3, 12:6, 13:7, 13:9, 16:9, 19:17, 22:8, 23:6, 23:22, 24:14
**husband** [3] - 5:1, 6:7, 7:24

## I

**idea** [1] - 12:9
**immediate** [2] - 23:2, 23:10
**immoral** [1] - 24:5
**impact** [1] - 14:6
**importance** [2] - 10:10, 10:12
**IN** [1] - 27:15
**inappropriate** [1] - 19:15
**INCLUDE** [1] - 29:1
**included** [2] - 23:5, 23:23
**including** [1] - 13:20
**indicia** [1] - 20:23
**INSTITUTE** [2] - 2:7, 2:11
**instruction** [5] - 5:7, 5:11, 20:14, 20:15, 20:20
**intelligent** [1] - 17:21
**intentional** [1] - 16:24
**intertwined** [2] - 20:16, 20:17
**introduce** [1] - 17:7
**Island** [1] - 5:9
**issue** [2] - 11:16, 18:3
**issues** [3] - 7:5, 7:15, 23:20

## J

**January** [2] - 27:16, 28:4
**Joanne** [5] - 1:17, 4:1, 27:2, 27:19, 30:23
**JR** [1] - 1:11
**July** [1] - 27:22
**June** [1] - 11:21
**JUSTICE** [2] - 2:7, 2:11

## K

**K/12** [1] - 14:14
**keep** [1] - 6:18
**KELLER** [2] - 2:7, 25:25
**Keller** [1] - 3:5
**kick** [1] - 12:15
**kid** [4] - 14:2, 22:22, 23:8
**kids** [4] - 5:3, 5:7, 5:11, 22:12
**Kimberly** [1] - 28:7
**KIMBERLY** [1] - 2:14
**krivera@ncll.org** [1] - 2:17

## L

**language** [7] - 5:21, 18:10, 19:6, 19:8, 19:14, 20:2, 21:14
**Largo** [2] - 2:16, 28:8
**last** [2] - 23:2, 23:3
**lead** [4] - 23:2, 23:10, 24:22
**leader** [1] - 7:24
**leadership** [2] - 4:22, 9:13
**learn** [4] - 12:23, 15:24, 21:13, 21:17
**learned** [1] - 15:5
**learning** [6] - 12:23, 15:16, 15:18, 17:8, 21:23, 25:20
**Learning** [1] - 15:15
**leave** [3] - 5:20, 11:7, 22:11
**led** [1] - 21:9
**left** [2] - 16:6, 17:19
**left-hand** [1] - 17:19
**level** [5] - 12:19, 15:16, 15:19, 15:20
**levels** [1] - 12:18
**Liberty** [1] - 4:24
**LIBERTY** [1] - 2:15
**license** [1] - 14:23
**life** [1] - 25:6

**LIFE** [1] - 2:15
**Line** [1] - 29:4
**listed** [2] - 10:3, 11:14
**litigation** [2] - 7:7, 7:16
**local** [1] - 5:8
**long-term** [2] - 5:19, 14:6
**look** [5] - 6:21, 7:2, 7:23, 16:3, 24:4
**looking** [3] - 15:21, 18:20, 22:24
**love** [1] - 7:15
**Lynchburg** [1] - 4:24

## M

**Macbeth** [2] - 18:18, 18:19
**machine** [1] - 27:9
**MAINE** [1] - 1:1
**Maine** [10] - 1:11, 1:18, 1:19, 4:2, 4:4, 5:17, 10:8, 15:14, 27:3
**maintain** [1] - 11:17
**mandatory** [2] - 25:15
**manner** [2] - 11:2, 11:8
**maps** [3] - 15:20, 16:1, 16:20
**mark** [1] - 28:14
**Marked** [1] - 3:12
**marked** [1] - 6:19
**marriage** [1] - 7:14
**marry** [1] - 17:7
**martha** [1] - 30:20
**Martha** [1] - 28:7
**MARTHA** [4] - 1:15, 3:3, 4:8, 29:1
**master's** [1] - 4:21
**material** [1] - 18:17
**math** [5] - 5:6, 5:10, 5:16, 6:2, 17:9
**matter** [1] - 10:6
**Matthew** [4] - 12:5, 12:8, 12:20, 12:25
**ME** [2] - 2:4, 28:3
**mean** [10] - 11:4, 14:21, 17:13, 18:8, 18:14, 19:6, 20:1, 20:10, 21:16, 23:17
**means** [2] - 11:10, 27:8
**meant** [1] - 14:24
**Melbourne** [1] - 5:13
**member** [1] - 6:11
**mentioned** [1] - 28:12
**middle** [1] - 4:20
**midweek** [1] - 22:10

**might** [4] - 10:9, 16:18, 17:16, 18:22
**Mill** [1] - 2:8
**missionaries** [1] - 5:1
**missionary** [2] - 5:3, 5:7
**mistake** [1] - 12:25
**Moby** [2] - 20:9, 20:10
**morning** [1] - 18:15
**Morrisette** [1] - 28:16
**MORRISETTE** [1] - 28:1
**most** [2] - 18:9, 22:18
**moved** [4] - 5:8, 5:12, 5:17, 5:22
**movement** [2] - 23:15, 23:18
**MR** [2] - 8:25, 25:25
**MS** [14] - 4:11, 8:14, 8:17, 8:20, 8:21, 9:2, 10:20, 10:23, 19:20, 19:21, 19:22, 24:19, 25:24, 26:1
**must** [1] - 11:1
**mutation** [2] - 17:18, 17:22

## N

**name** [1] - 10:1
**named** [3] - 26:2, 27:5, 30:13
**national** [2] - 15:14, 16:2
**NATIONAL** [1] - 2:15
**naturally** [1] - 8:8
**nature** [1] - 7:6
**NEASC** [1] - 15:11
**necessarily** [2] - 7:5, 25:21
**need** [1] - 12:14
**never** [1] - 13:21
**next** [5] - 7:19, 8:12, 9:3, 10:24, 16:10
**nice** [1] - 17:3
**night** [1] - 22:9
**nights** [2] - 22:7, 22:11, 22:13
**None** [1] - 3:5
**nonnegotiable** [1] - 23:7
**nonsectarian** [1] - 19:1
**Notary** [7] - 1:17, 4:2, 4:7, 4:9, 27:2, 28:13, 30:12
**NOTARY** [1] - 30:11
**noted** [1] - 30:3
**nothing** [2] - 25:25, 27:6

**notice** [3] - 1:19, 12:18, 22:6
**noticed** [2] - 16:5, 19:11
**NOTICING** [1] - 30:22
**numbers** [2] - 6:21, 6:22

**O**

**oath** [1] - 4:6
**object** [1] - 8:14
**objectives** [4] - 9:5, 9:7, 10:2, 16:11
**Objectives** [1] - 9:3
**occur** [1] - 21:7
**odd** [1] - 11:10
**OF** [5] - 1:1, 2:3, 29:1, 30:20, 30:21
**OFF** [1] - 24:18
**offended** [2] - 13:2, 13:3
**offenses** [1] - 23:1
**Offered** [1] - 3:12
**office** [1] - 10:16
**Office** [2] - 1:18, 4:3
**offices** [2] - 1:18, 4:2
**official** [2] - 1:11, 6:10
**once** [1] - 21:8
**one** [20] - 6:13, 8:4, 9:7, 9:19, 10:5, 12:18, 14:5, 18:5, 19:23, 21:14, 21:19, 21:22, 22:3, 22:4, 22:22, 23:5, 23:23, 25:17
**oneself** [2] - 23:4, 23:16
**openly** [1] - 23:24
**opportunity** [3] - 13:6, 22:2, 22:11
**opposed** [1] - 17:21
**option** [1] - 22:15
**ordinary** [1] - 18:12
**organization** [1] - 10:16
**original** [3] - 28:12, 28:13, 28:16
**ORIGINAL** [1] - 29:1
**outcome** [1] - 27:12
**outside** [1] - 21:6
**overall** [1] - 9:20
**overarching** [1] - 21:2
**own** [1] - 30:15

**P**

**p.m** [3] - 1:19, 4:5, 26:3
**page** [15] - 6:21, 7:2,

7:19, 7:21, 9:3, 9:15, 9:17, 10:24, 12:1, 22:24, 28:12, 28:13, 28:16
**Page** [2] - 3:11, 29:4
**pages** [1] - 30:3
**PANJU** [1] - 2:11
**paper** [1] - 17:4
**para** [2] - 14:16, 14:19
**para-educators** [2] - 14:16, 14:19
**paragraph** [3] - 7:4, 8:12, 23:2
**parent** [1] - 23:12
**part** [11] - 7:25, 8:10, 8:22, 12:1, 12:20, 15:10, 19:13, 21:13, 21:21, 23:15, 25:20
**participation** [1] - 20:24
**particularly** [2] - 16:5, 19:9
**PARTY** [1] - 30:22
**pastor** [5] - 6:7, 6:13, 6:15, 6:16, 6:18
**pastors** [1] - 21:9
**people** [2] - 6:13, 18:9
**percent** [2] - 22:19, 22:22
**perfectly** [1] - 17:23
**performance** [3] - 20:24, 21:1, 21:5
**person** [4] - 12:10, 12:11, 12:14, 27:12
**personally** [2] - 27:4, 30:14
**perspective** [1] - 13:4
**Philippians** [1] - 8:6
**philosophy** [4] - 11:3, 11:9, 15:22, 17:1
**physical** [1] - 11:24
**picked** [1] - 18:8
**piece** [1] - 17:2
**pieces** [2] - 16:13, 16:21
**place** [1] - 17:24
**placed** [1] - 17:6
**Plaintiffs** [1] - 1:9, 2:10
**play** [1] - 10:14
**plays** [1] - 13:21
**plus** [1] - 11:24
**point** [1] - 23:4
**pointed** [1] - 18:18
**policy** [1] - 22:7
**population** [1] - 22:17
**position** [1] - 24:12
**prefer** [1] - 14:2
**presence** [2] - 11:17, 11:24

**present** [3] - 21:14, 23:16, 23:22
**presenting** [2] - 15:4, 23:4
**pretty** [1] - 19:24
**primarily** [2] - 5:15, 7:17
**primary** [1] - 9:24
**principal** [1] - 12:12
**probable** [1] - 23:3
**probation** [2] - 9:17, 9:19
**problem** [2] - 12:10, 25:4
**process** [1] - 15:10
**professed** [2] - 24:23, 25:2
**promote** [1] - 9:11
**protection** [1] - 7:13
**Public** [7] - 1:17, 4:2, 4:7, 4:9, 27:2, 27:20, 28:13
**PUBLIC/ATTORNEY** [1] - 30:11
**Public/Attorney** [1] - 30:12
**publicized** [1] - 18:9
**publishing** [1] - 19:12
**punitive** [1] - 12:22
**pursuant** [1] - 1:19
**putting** [1] - 16:21

**Q**

**questions** [3] - 7:13, 10:20, 18:10
**quick** [1] - 4:20

**R**

**RE** [1] - 28:10
**reaccreditation** [1] - 15:11
**read** [5] - 18:23, 19:25, 26:1, 28:13, 30:2
**reading** [7] - 5:6, 5:10, 5:16, 15:7, 18:17, 20:10, 26:4
**reality** [1] - 11:13
**really** [1] - 14:18
**reasons** [1] - 30:5
**receive** [1] - 11:20
**recognize** [2] - 12:13, 16:23
**recognizes** [1] - 12:12
**record** [1] - 27:8
**RECORD** [1] - 24:18
**refer** [2] - 16:2, 24:2
**reference** [1] - 17:15

**referenced** [1] - 8:7
**regular** [1] - 18:12
**regularly** [1] - 23:25
**reject** [1] - 19:13
**rejected** [2] - 19:19, 20:8
**relationships** [1] - 7:23
**religious** [1] - 20:14
**remedial** [2] - 5:6, 5:10
**remediation** [1] - 5:17
**remove** [1] - 14:2
**report** [4] - 6:14, 14:10, 14:13, 14:17
**REPORTER** [1] - 30:23
**Reporter/Notary** [1] - 27:20
**REPORTING** [1] - 28:1
**reports** [2] - 14:12, 14:18
**requirements** [5] - 11:6, 11:12, 11:13, 11:14, 11:20
**research** [1] - 18:1
**resistant** [1] - 20:19
**respect** [3] - 6:5, 18:15, 21:1
**respective** [1] - 30:4
**respond** [1] - 4:15
**return** [1] - 28:16
**reviewed** [2] - 16:22, 20:3
**reviewing** [2] - 15:13, 16:1
**Rivera** [1] - 28:7
**RIVERA** [6] - 2:14, 8:14, 8:20, 10:20, 19:20, 26:1
**Road** [1] - 28:2
**ROBERT** [1] - 1:11
**Robert** [2] - 28:10, 30:19
**role** [4] - 6:5, 6:10, 8:12, 13:21
**rotation** [1] - 15:25
**run** [1] - 13:10

**S**

**SARAH** [1] - 2:2
**Sarah** [1] - 30:22
**sarah.forster@ maine.gov** [1] - 2:5
**save** [1] - 14:1
**scales** [1] - 9:16
**school** [28] - 4:20, 5:3, 5:11, 5:15, 5:21, 6:8, 6:25, 8:1, 8:5, 8:18,

8:23, 9:24, 9:25, 11:7, 11:17, 13:20, 13:23, 14:3, 14:17, 14:18, 14:21, 14:23, 18:23, 19:1, 20:19, 21:7, 23:17, 23:25
**School** [2] - 6:9, 10:24
**Schools** [2] - 9:8, 11:1
**schools** [1] - 7:8
**science** [7] - 5:19, 16:5, 17:8, 17:14, 17:24, 17:25, 18:8
**scientific** [1] - 18:1
**scope** [1] - 8:16
**scripture** [2] - 17:24, 17:25
**scriptures** [1] - 8:4
**second** [1] - 16:18
**sectarian** [1] - 20:20
**section** [1] - 12:2
**see** [2] - 15:15, 25:5
**semester** [2] - 5:19, 5:21
**senior** [2] - 6:15, 6:16
**sentence** [3] - 7:4, 10:25, 11:11
**separate** [1] - 20:14
**seriously** [1] - 10:5
**SERVICE** [1] - 28:1
**service** [2] - 22:10, 22:13
**services** [1] - 21:6
**set** [1] - 27:15
**seven** [1] - 22:21
**seventh** [2] - 5:4, 6:2
**several** [1] - 19:24
**Sewall** [2] - 1:19, 4:3
**sex** [2] - 24:25, 25:4
**sexuality** [1] - 7:14
**sheet** [3] - 28:12, 28:14, 28:16
**Sheet** [1] - 30:6
**shorthand** [1] - 27:9
**SHOULD** [1] - 29:1
**show** [1] - 18:2
**side** [3] - 13:6, 13:14, 17:20
**sign** [1] - 28:13
**signature** [4] - 28:12, 28:13, 28:16, 30:15
**SIGNATURE** [2] - 30:8, 30:17
**signed** [1] - 28:16
**significant** [3] - 13:11, 13:17, 14:6
**signing** [1] - 26:5
**similar** [1] - 24:24
**singled** [1] - 9:23
**situation** [1] - 12:22,

24:10
**six** [1] - 4:16
**Sixth** [2] - 1:18, 4:3
**skills** [1] - 15:17
**sleeping** [1] - 24:7
**Smith** [1] - 28:7
**SMITH** [1] - 2:14
**someone** [1] - 12:10
**sometimes** [1] - 17:15
**sorry** [1] - 10:22
**sort** [3] - 12:22, 14:16, 15:8
**sounds** [1] - 17:3
**source** [1] - 7:16
**speaking** [3] - 13:18, 21:19, 22:1
**special** [1] - 5:14
**specific** [2] - 8:15, 22:6
**specifically** [5] - 4:20, 16:21, 19:4, 19:10, 21:21
**sports** [1] - 10:14
**spread** [1] - 25:19
**standard** [1] - 17:16
**standards** [5] - 15:14, 15:23, 16:3, 17:8, 17:14
**Standards** [1] - 15:15
**start** [2] - 15:9, 16:16
**started** [1] - 5:6
**starting** [1] - 16:18
**State** [6] - 1:18, 1:18, 2:3, 4:3, 15:14, 27:3
**state** [1] - 16:2
**Statement** [3] - 6:22, 6:24, 24:3
**statement** [3] - 7:14, 9:4, 11:16
**statements** [1] - 17:1
**STATES** [1] - 1:1
**Station** [1] - 2:3
**stenographic** [1] - 30:3
**still** [2] - 19:6, 25:4
**stories** [1] - 18:21
**Street** [4] - 1:19, 2:15, 4:3, 28:8
**stuck** [1] - 6:18
**student** [14] - 6:19, 10:16, 11:1, 11:19, 12:13, 13:5, 20:18, 22:16, 23:12, 23:15, 23:22, 24:23, 24:24, 25:2
**student's** [1] - 24:12
**students** [7] - 9:8, 9:11, 13:14, 15:16, 15:24, 21:9, 21:13
**studying** [1] - 8:8

**stuff** [1] - 11:11
**sub** [1] - 5:19
**subject** [1] - 9:23
**successful** [1] - 20:19
**Suite** [2] - 2:8, 2:12
**Sunday** [1] - 6:8
**supervision** [1] - 4:22
**survive** [1] - 11:21
**suspension** [4] - 13:11, 13:17, 13:18, 23:3
**Swaziland** [1] - 5:4
**sworn** [2] - 4:8, 27:5

## T

**talks** [2] - 16:6, 16:10
**TAUB** [2] - 2:2, 8:25
**taught** [9] - 5:3, 5:18, 5:21, 8:3, 8:18, 8:20, 8:22, 18:18, 21:20
**teach** [6] - 6:2, 6:8, 7:25, 9:8, 9:11, 18:10
**teacher** [3] - 5:20, 12:12, 12:20
**teachers** [1] - 14:13
**teaching** [3] - 5:2, 20:2, 25:18
**team** [1] - 13:20
**Tempe** [1] - 2:8
**template** [1] - 16:15
**Temple** [1] - 18:16
**ten** [2] - 5:24, 15:10
**term** [2] - 5:19, 14:6
**testified** [1] - 4:9
**testify** [1] - 27:5
**testimony** [1] - 30:4
**tests** [1] - 20:24
**text** [1] - 18:12
**textbooks** [1] - 15:21
**texts** [4] - 18:11, 18:20, 18:25, 19:4
**THE** [7] - 1:1, 9:1, 10:22, 29:1, 29:2, 30:1, 30:11
**therefore** [1] - 30:5
**they've** [1] - 22:15
**thinking** [5] - 13:10, 16:24, 17:14, 19:8, 25:7
**throughout** [1] - 18:7
**TIM** [1] - 2:7
**TITLE** [1] - 30:19
**tkeller@ij.org** [1] - 2:9
**TO** [3] - 24:18, 30:1, 30:11
**together** [3] - 17:22, 17:23, 30:4
**top** [2] - 13:25, 14:8

**topics** [1] - 20:13
**traditional** [2] - 18:22, 20:23
**train** [1] - 22:4
**true** [4] - 6:24, 9:4, 27:8, 30:15
**truth** [3] - 27:6
**trying** [1] - 12:17
**two** [1] - 8:7
**TX** [1] - 2:12

## U

**ultimately** [1] - 24:11
**um-hum** [19] - 6:23, 7:3, 7:9, 7:20, 8:24, 9:18, 9:22, 10:19, 11:15, 12:3, 12:6, 13:7, 13:9, 16:9, 19:17, 22:8, 23:6, 23:22, 24:14
**under** [2] - 10:24, 24:4
**underlying** [1] - 8:1
**UNITED** [1] - 1:1
**University** [2] - 4:24, 10:7
**up** [1] - 17:11
**ups** [1] - 24:20
**utmost** [2] - 10:10, 10:12

## V

**values** [4] - 9:11, 12:4, 12:7, 21:2
**various** [1] - 19:25
**verses** [1] - 8:7
**version** [1] - 15:2
**Virginia** [1] - 4:24
**volunteer** [3] - 6:7, 6:8, 6:10
**vs** [1] - 1:10

## W

**waive** [1] - 26:4
**wants** [1] - 20:10
**Wednesday** [4] - 22:7, 22:9, 22:10, 22:13
**week** [1] - 21:8
**weekend** [2] - 23:19, 24:25
**weird** [1] - 11:5
**whale** [1] - 20:11
**WHEREOF** [1] - 27:15
**whole** [2] - 14:14, 27:6
**wife** [1] - 8:13
**wish** [1] - 28:14
**witches** [1] - 18:19
**within-named** [1] -

27:5
**WITNESS** [1] - 27:15
**wondered** [1] - 15:7
**word** [1] - 16:23
**words** [1] - 16:8
**works** [1] - 15:6
**world** [2] - 25:6, 25:19
**worse** [1] - 24:17
**wow** [1] - 22:24
**written** [1] - 17:3

## Y

**year** [2] - 11:22, 16:1
**years** [8] - 5:2, 5:10, 5:12, 5:13, 5:24, 15:10, 19:24
**younger** [1] - 19:9
**youth** [4] - 6:7, 6:9, 6:13, 22:12
**yup** [4] - 7:18, 7:22, 14:13, 21:5