# Exhibit 10

**Gravelle, Paula B**

---

**From:** Forster, Sarah
**Sent:** Monday, November 16, 2015 10:35 AM
**To:** Gravelle, Paula B
**Subject:** RE: State approval for an independent school

I think you can approve them.

**From:** Gravelle, Paula B
**Sent:** Monday, November 16, 2015 10:32 AM
**To:** Forster, Sarah
**Subject:** FW: State approval for an independent school

Please see response below regarding additional clarification about what takes place during Chapel and why it is held in the Chapel.

*Paula Gravelle*
School Finance Coordinator
Maine Department of Education
Phone (207) 624-6792
http://www.maine.gov/doe/
Subscribe to the Commissioner's Update

> **From:** James Fenn [mailto:jfenn@cardigan.org]
> **Sent:** Friday, November 13, 2015 2:25 PM
> **To:** Gravelle, Paula B
> **Cc:** David Perfield
> **Subject:** Re: State approval for an independent school
>
>
> Paula,
>
> At Cardigan we have three areas where the entire student body can assemble. They are our dining hall, our theater, and our Chapel building. We meet in our Chapel buildings for our Thursday afternoon activity as it is a long standing tradition at Cardigan dating back to when the Chapel was the only building that could house the entire student body. Chapel activities are where the students participate in activities that help them learn and practice the moral and spiritual values they are being taught in school. Cardigan is a close-knit community that prepares middle school boys in mind, body, and spirit for responsible meaningful lives in a global society. It's a school where universal moral and spiritual values are taught both in and out of the classroom. In Chapel, the students work on better understanding the core values of Cardigan, Compassion, Honesty, Respect, Integrity and Fairness. For more details on the Cardigan Mountain Mission statement and Core Values follow the link below.
>
> https://www.cardigan.org/aboutcms/MissionCoreValues
>
> The following link will take you to videos of several recent chapel sessions so that you can see first hand what takes place.
>
> https://www.cardigan.org/StudentLife/NewsDetail?nid=1135
>
> Please let me know if you need further information.

D000012

1

On Fri, Nov 13, 2015 at 12:15 PM, Gravelle, Paula B <Paula.B.Gravelle@maine.gov> wrote:

Jim,

I do have some clarifying questions about your chapel. I understand that chapel is mandatory but that it is for something "other than religious purposes". What are those other purposes and why are they held in the chapel?

Thanks,

*Paula Gravelle*

School Finance Coordinator

Maine Department of Education

Phone (207) 624-6792

http://www.maine.gov/doe/

Subscribe to the Commissioner's Update

> **From:** James Fenn [mailto:jfenn@cardigan.org]
> **Sent:** Friday, November 13, 2015 8:49 AM
> **To:** Gravelle, Paula B
> **Cc:** David Perfield
> **Subject:** Re: State approval for an independent school
>
> Paula,
>
> Please find attached a copy of the required Year-End report for Cardigan Mountain School for June 30, 2015 and a copy of a letter from Head of School McCusker in reference to our Chapel program. Please let me know if you need any further information so that we can complete this process.
>
> Thank you for your help.
>
> Jim Fenn

Case 1:18-cv-00327-JAW   Document 24-2   Filed 03/12/19   Page 19 of 59   PageID #: 177

On Tue, Nov 3, 2015 at 10:23 AM, Gravelle, Paula B <Paula.B.Gravelle@maine.gov> wrote:

Good morning James,

Here is the link to the instructions and excel form to fill out and return for consideration of approval to receive public funds: http://www.maine.gov/education/forms/misteam/efm240/efm240menu.htm

The only issue at this time is the requirement that all students must attend the weekly Chapel meetings. In order to be approved, a student must be able to opt-out of attending Chapel. This is not to say they would not be able to attend Chapel, but they must have the option of not attending if they so choose. According to your email (see attached) dated July 16, 2015, that is not an option.

If things have changed please let me know in writing.

Sincerely,

*Paula Gravelle*

School Finance Coordinator

Maine Department of Education

Phone (207) 624-6792

http://www.maine.gov/doe/

Subscribe to the Commissioner's Update

> **From:** James Fenn [mailto:jfenn@cardigan.org]
> **Sent:** Tuesday, November 03, 2015 9:46 AM
> **To:** Gravelle, Paula B
> **Cc:** David Perfield
> **Subject:** State approval for an independent school
>
> Paula,
>
> Cardigan Mountain School has been working with Hugh Parker, from West Bath, ME, on reviewing the requirements for State of Maine Department of Education for Cardigan Mountain School to become an approved independent school. Mr. Parker has been working with Emily Thompson on how the local District will handle tuition payments to

3

D000014

an independent school in New Hampshire. At this point Cardigan needs to begin the process to be approved by your department. Please send me the link to your forms and process instructions so that I can begin this process.

Thank you for your help.

Jim Fenn

--

James Fenn

*Director of Business Operations*

Cardigan Mountain School

62 Alumni Drive

Canaan, NH  03741

(603) 523-3518

jfenn@cardigan.org

www.cardigan.org


---------- Forwarded message ----------
From: James Fenn <jfenn@cardigan.org>
To: "Gravelle, Paula B" <Paula.B.Gravelle@maine.gov>
Cc: Sandra Kinne <skinne@cardigan.org>
Date: Thu, 16 Jul 2015 09:54:49 -0400
Subject: Re: Cardigan Mountain school

Paula,

All students must participate in "Chapel". It is a non-sectarian program as we have students that practice, Muslim, Jewish, and Buddhist religions as well as various Christian religions on campus attending this program. Chapel programs are truly focused on being responsible for meaningful lives in a global society and our Global Community Initiative.. Please see the link attached for a discussion by our former chaplain on the program he ran. ( https://www.cardigan.org/studentlife/SpiritualLife )

Jim Fenn

On Thu, Jul 16, 2015 at 8:47 AM, Gravelle, Paula B <Paula.B.Gravelle@maine.gov> wrote:

4

D000015

Hello James,

I know that there is a weekly chapel time on the schedule for students who attend Cardigan Mountain School. Is it possible for a child to "opt out" of attending those chapel meetings?

*Paula Gravelle*

School Finance Coordinator

Maine Department of Education

Phone (207) 624-6792

http://www.maine.gov/doe/

Subscribe to the Commissioner's Update

> **From:** Hugh Parker [mailto:hughparker@outlook.com]
> **Sent:** Wednesday, July 15, 2015 5:24 PM
> **To:** Gravelle, Paula B; 'James Fenn'
> **Cc:** 'James Fenn'; 'Sandra Kinne'
> **Subject:** Cardigan Mountain school
>
> Paula: I have copied James Fenn on this message as he is the contact person at Cardigan Mountain School that will be supporting our "School Choice" application for Christopher.
>
> I know when we discussed on the phone last week that the current status of the program was not quite up to date and that it would take you another week or so to get it caught up.
>
> James will be the person as I understand it that will be able to work with you on the Cardigan application and if you could both support us on this it would clearly be an important milestone for us.
>
> James, Paula believes that we may be able to get Cardigan on the list but she wanted to work with you to help make the application be successful.

5

D000016

Thank you both for your support on this.

Regards,

Hugh Parker


--

James Fenn

Director of Business Operations

Cardigan Mountain School

(603) 523-3518


---

James Fenn

*Director of Business Operations*

Cardigan Mountain School

62 Alumni Drive

Canaan, NH  03741

(603) 523-3518

jfenn@cardigan.org

www.cardigan.org


--
James Fenn
*Director of Business Operations*
Cardigan Mountain School
62 Alumni Drive
Canaan, NH  03741

D000017

Case 1:19-cv-00327-JAW   Document 24-2   Filed 03/12/19   Page 23 of 59   PageID #: 181

(603) 523-3508
jfenn@cardigan.org
www.cardigan.org

D000018

Case 1:18-cv-00327-JAW Document 24-2 Filed 08/13/19 Page 24 of 59 PageID #: 182



David J. McCusker, Jr. '80, P'09,'10
*Head of School*

November 11, 2015

Ms. Paula Gravelle
School Finance Coordinator
Maine Department of Education
23 State House Station
Augusta, ME 04333-0023

Dear Paula,

Thank you for working with Jim Fenn, Cardigan's director of business operations, on the School Choice application for 2015-2016. I understand this consideration may help a current Cardigan family with immediate financial assistance. It's my hope that other families from Maine, who choose to send their middle-school aged boy to Cardigan Mountain School, will benefit from similar funding in the near and distant future.

I write this formal letter in response to your question about the Chapel program we offer to our students and faculty. Simply stated, students and faculty are required to attend weekly Chapel meetings; however, the Chapel program is not compulsory for religious purposes.

Please feel free to contact me directly if you have any questions regarding this letter or any details related to the program offered to middle-school aged boys who attend Cardigan Mountain School.

Sincerely,

David J. McCusker, Jr. '80, P'09,'10
*Head of School*