UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CROSSPOINT CHURCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:23-cv-00146-JAW |
| | ) |
| A. PENDER MAKIN, et al. | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order on Joint Motion to Convert Order on Preliminary Injunction into Order on Permanent Injunction and Enter Final Judgment entered by U.S. District Judge John A. Woodcock, Jr. on June 4, 2024,

JUDGMENT is hereby entered for all Defendants and against Plaintiff, Crosspoint Church.

CHRISTA K. BERRY
CLERK

By:  /s/ Joanne McCue
     Deputy Clerk

Dated: June 5, 2024