UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Crosspoint Church,<br><br>Plaintiff,<br><br>v.<br><br>A. Pender Makin, in her official capacity as Commissioner of the Maine Department of Education, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00146-JAW |

## NOTICE OF APPEAL

Plaintiff Crosspoint Church now appeals to the United States Court of Appeals for the First Circuit this Court's Order on the Joint Motion to Convert Order on Preliminary Injunction and Enter Final Judgment (ECF 49) and Judgment for Defendants and against Plaintiff (ECF 50) entered in this action on June 4, 2024.

Date: June 21, 2024

Respectfully submitted,

*/s/ Patrick Strawbridge*
Patrick Strawbridge (Bar No. 10024)
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South MPB 706
Boston, MA 02109
Tel: (617) 227-0548
patrick@consovoymccarthy.com

Tiffany H. Bates*
Consovoy McCarthy PLLC
1600 Wilson Blvd.
Ste. 700
Arlington, VA 22209
Tel: (703) 243-9423
tiffany@consovoymccarthy.com

Jeffrey C. Mateer*
David J. Hacker*
Lea E. Patterson*
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
Fax: (972) 941-54457
jmateer@firstliberty.org
dhacker@firstliberty.org
lepatterson@firstliberty.org

*Admitted *pro hac vice*

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2024, a true and correct copy of this notice of appeal was filed and served on the following counsel of record using the Court's CM/ECF system:

Christopher C. Taub
Office of the Attorney General
State House Station 6
Augusta, ME 04333-0006
Tel: (207) 626-8800
Email: Christopher.C.Taub@Maine.gov

Sarah A. Forster
Office of the Attorney General
State House Station 6
Augusta, ME 04333-0006
Tel: (207) 626-8866
Email: Sarah.Forster@Maine.gov

*Attorneys for Defendants*

Anahita Sotoohi
American Civil Liberties Union of Maine
P.O. Box 7860
Portland, ME 04112
Tel: (860) 302-2427
Email: ASotoohi@ACLUMaine.org

Carol Garvan
American Civil Liberties Union of Maine
P.O. Box 7860
Portland, ME 04112
Tel: (207) 6198687
Email: CGarvan@ACLUMaine.org

Daniel Mach
American Civil Liberties Union Foundation DC
915 15th Street NW, Ste. 600
Washington, DC 20005
Tel: (202) 675-2330
Email: DMach@ACLU.org

Heather L. Weaver
American Civil Liberties Union Foundation DC
915 15th Street NW, Ste. 600
Washington, DC 20005

Tel: (202) 675-2330
Email: HWeaver@ACLU.org

Zachary L. Heiden
American Civil Liberties Union of Maine
P.O. Box 7860
Portland, ME 04112
Tel: (207) 774-5444
Email: ZHeiden@ACLUMaine.org

*Attorneys for Amicus Curiae*

                    Respectfully submitted,

                    */s/ Patrick Strawbridge*
                    Patrick Strawbridge (Bar No. 10024)
                    Consovoy McCarthy PLLC
                    Ten Post Office Square
                    8th Floor South MPB 706
                    Boston, MA 02109
                    Tel: (617) 227-0548
                    patrick@consovoymccarthy.com