UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CROSSPOINT CHURCH | ) |
| | ) |
| v. | )  CIVIL NO. 1:23-cv-00146-JAW |
| | ) |
| A PENDER MAKIN, et al. | ) |

# CLERK'S CIVIL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:
- 52   Appeal Cover Sheet
- 53   Clerk's Certificate
- 51   Notice of Appeal
- 50   Judgment
- 49   Order

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries. All non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *June 21, 2024.*

CHRISTA K. BERRY, Clerk

By:  /s/ Joanne McCue
Case Manager