UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


CROSSPOINT CHURCH,                      )
                                        )
  Plaintiff                             )
                                        )
v.                                      )    CIVIL NO.:  1:23-cv-00146-JAW
                                        )
A PENDER MAKIN, et al,                  )
                                        )
  Defendant(s)                          )


<u>AMENDED JUDGMENT</u>


In accordance with the Order on Remand entered by U.S. District Judge John A. Woodcock, Jr., on July 27, 2026;

JUDGMENT is hereby entered in part for the Plaintiff Crosspoint Church; as to Plaintiff, all Defendants are enjoined from enforcing the provisions of Me. Stat. tit. 5, § 4602(5)(D) insofar as this statute requires by its terms, substance, or effect that, "to the extent that an educational institution permits religious expression, it cannot discriminate between religions in so doing."


Jennifer P. Lyons, Clerk


By:    /s/ Joanne McCue
      Deputy Clerk


Dated: July 29, 2026